UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25-cv-

REA.DEEMING BEAUTY, INC.,

    Plaintiff,

v.

THE INDIVIDUALS, CORPORATIONS, LIMITED
LIABILITY COMPANIES, PARTNERSHIPS, AND
UNINCORPORATED ASSOCIATIONS IDENTIFIED
ON SCHEDULE A,

    Defendants.

_____/

## SCHEDULE A

| DOE No. | Defendant Seller | Defendant Online Marketplace |
|---|---|---|
| 1 | ■ | ■ |
| 2 | ■ | ■ |
| 3 | ■ | ■ |
| 4 | ■ | ■ |
| 5 | ■ | ■ |
| 6 | ■ | ■ |
| 7 | ■ | ■ |
| 8 | ■ | ■ |
| 9 | ■ | ■ |
| 10 | ■ | ■ |
| 11 | ■ | ■ |
| 12 | ■ | ■ |
| 13 | ■ | ■ |

| DOE No. | Defendant Seller | Defendant Online Marketplace |
|---|---|---|
| 14 | ▮ | ▮ |
| 15 | ▮ | ▮ |
| 16 | ▮ | ▮ |
| 17 | ▮ | ▮ |
| 18 | ▮ | ▮ |
| 19 | ▮ | ▮ |
| 20 | ▮ | ▮ |
| 21 | ▮ | ▮ |
| 22 | ▮ | ▮ |
| 23 | ▮ | ▮ |
| 24 | ▮ | ▮ |
| 25 | ▮ | ▮ |
| 26 | ▮ | ▮ |
| 27 | ▮ | ▮ |
| 28 | ▮ | ▮ |
| 29 | ▮ | ▮ |
| 30 | ▮ | ▮ |
| 31 | ▮ | ▮ |
| 32 | ▮ | ▮ |
| 33 | ▮ | ▮ |
| 34 | ▮ | ▮ |
| 35 | ▮ | ▮ |
| 36 | ▮ | ▮ |
| 37 | ▮ | ▮ |
| 38 | ▮ | ▮ |
| 39 | ▮ | ▮ |
| 40 | ▮ | ▮ |
| 41 | ▮ | ▮ |
| 42 | ▮ | ▮ |
| 43 | ▮ | ▮ |

| DOE No. | Defendant Seller | Defendant Online Marketplace |
|---|---|---|
| 44 | ▮ | ▮ |
| 45 | ▮ | ▮ |
| 46 | ▮ | ▮ |
| 47 | ▮ | ▮ |
| 48 | ▮ | ▮ |
| 49 | ▮ | ▮ |
| 50 | ▮ | ▮ |
| 51 | ▮ | ▮ |
| 52 | ▮ | ▮ |
| 53 | ▮ | ▮ |
| 54 | ▮ | ▮ |
| 55 | ▮ | ▮ |
| 56 | ▮ | ▮ |
| 57 | ▮ | ▮ |
| 58 | ▮ | ▮ |
| 59 | ▮ | ▮ |
| 60 | ▮ | ▮ |
| 61 | ▮ | ▮ |
| 62 | ▮ | ▮ |
| 63 | ▮ | ▮ |
| 64 | ▮ | ▮ |
| 65 | ▮ | ▮ |
| 66 | ▮ | ▮ |
| 67 | ▮ | ▮ |
| 68 | ▮ | ▮ |
| 69 | ▮ | ▮ |
| 70 | ▮ | ▮ |

| DOE No. | Defendant Seller | Defendant Online Marketplace |
|---|---|---|
| 71 | ▮ | ▮ |
| 72 | ▮ | ▮ |
| 73 | ▮ | ▮ |
| 74 | ▮ | ▮ |
| 75 | ▮ | ▮ |
| 76 | ▮ | ▮ |
| 77 | ▮ | ▮ |
| 78 | ▮ | ▮ |
| 79 | ▮ | ▮ |
| 80 | ▮ | ▮ |
| 81 | ▮ | ▮ |
| 82 | ▮ | ▮ |
| 83 | ▮ | ▮ |
| 84 | ▮ | ▮ |
| 85 | ▮ | ▮ |
| 86 | ▮ | ▮ |
| 87 | ▮ | ▮ |
| 88 | ▮ | ▮ |
| 89 | ▮ | ▮ |
| 90 | ▮ | ▮ |
| 91 | ▮ | ▮ |
| 92 | ▮ | ▮ |
| 93 | ▮ | ▮ |
| 94 | ▮ | ▮ |
| 95 | ▮ | ▮ |
| 96 | ▮ | ▮ |

| DOE No. | Defendant Seller | Defendant Online Marketplace |
|---|---|---|
| 97 | ██ | ████████████ |
| 98 | ██ | ████████████ |
| 99 | ███ | ████████████ |
| 100 | ████ | ████████████ |
| 101 | ██ | ████████████ |
| 102 | ██ | ████████████ |
| 103 | ███ | ████████████ |
| 104 | ██ | ████████████ |
| 105 | ████ | ████████████ |
| 106 | ██ | ████████████ |
| 107 | ███ | ████████████ |
| 108 | ███ | ████████████ |
| 109 | ██ | ████████████ |
| 110 | ███ | ████████████ |
| 111 | ████ | ████████████ |
| 112 | ██ | ████████████ |
| 113 | ██ | ████████████ |
| 114 | ██ | ████████████ |
| 115 | ███ | ████████████ |
| 116 | ██ | ████████████ |
| 117 | ██ | ████████████ |
| 118 | ███ | ████████████ |
| 119 | ███ | ████████████ |