# Exhibit 1

# PART 1 of 2

**Int. Cl.: 21**

**Prior U.S. Cls.: 2, 13, 23, 29, 30, 33, 40, and 50**

**United States Patent and Trademark Office**

**Reg. No. 2,945,105**

Registered Apr. 26, 2005

## TRADEMARK
### PRINCIPAL REGISTER

## BEAUTYBLENDER

SILENZ BEAUTY, INC. (CALIFORNIA COR-
PORATION)
899 SOUTH RAINBOW BLVD.
SUITE 612
LAS VEGAS, NV 89145

FOR: SPONGE APPLICATOR FOR MAKEUP, IN
CLASS 21 (U.S. CLS. 2, 13, 23, 29, 30, 33, 40 AND 50).

FIRST USE 7-1-2004; IN COMMERCE 7-1-2004.

SN 78-267,224, FILED 6-26-2003.

NICHOLAS ALTREE, EXAMINING ATTORNEY

4/27/04          01-30-2001

|||||||||||||||||||||||

102733943

| Form **PTO-1594**<br>(Rev. 10/02)<br>OMB No. 0651-0027 (exp. 6/30/2005) | F | **U.S. DEPARTMENT OF COMMERCE**<br>U.S. Patent and Trademark Office |
|---|---|---|

Tab settings ⇒ ⇒ ⇒ ▼          ▼          ▼     ▼     ▼

To the Honorable Commissioner of Patents and Trademarks: Please record the attached original documents or copy thereof.

| 1. Name of conveying party(ies): | 2. Name and address of receiving party(ies) |
|---|---|
| VERONICA LORENZ and<br>REA ANN SILVA | Name: SILENZ BEAUTY, INC.<br>Internal<br>Address: SUITE 612 |
| ☒ Individual(s)   ☐ Association<br>☐ General Partnership   ☐ Limited Partnership<br>☐ Corporation-State<br>☐ Other_____ | Street Address: 889 South Rainbow Blvd.<br>City: Las Vegas  State: NV   Zip: 89145<br>☐ Individual(s) citizenship_____<br>☐ Association_____<br>☐ General Partnership_____ |
| Additional name(s) of conveying party(ies) attached? ☐ Yes ☒ No | ☐ Limited Partnership_____<br>☒ Corporation-State California<br>☐ Other_____ |
| 3. Nature of conveyance:<br>☒ Assignment   ☐ Merger<br>☐ Security Agreement   ☐ Change of Name<br>☐ Other_____<br>Execution Date: 04/16/2004 & 04/20/2004 | If assignee is not domiciled in the United States, a domestic representative designation is attached: ☐ Yes ☐ No<br>(Designations must be a separate document from assignment)<br>Additional name(s) & address(es) attached? ☐ Yes ☐ No |

| 4. Application number(s) or registration number(s): | |
|---|---|
| A. Trademark Application No.(s)<br><br>78/267224 | B. Trademark Registration No.(s) |
| Additional number(s) attached  ☐ Yes ☒ No | |

| 5. Name and address of party to whom correspondence concerning document should be mailed: | 6. Total number of applications and registrations involved: ............ [-1-] |
|---|---|
| Name: Gary S. Phillips, Esq.<br>Internal Address: Fifth Floor | 7. Total fee (37 CFR 3.41)................ $ 40.00<br>☒ Enclosed<br>☐ Authorized to be charged to deposit account |
| Street Address: 9460 Wilshire Boulevard | 8. Deposit account number: |
| City: Beverly Hills State: CA   Zip: 90212 | (Attach duplicate copy of this page if paying by deposit account) |

OFFICE OF PUBLIC RECORDS   FINANCE SECTION   2004 APR 27 PM 4:

DO NOT USE THIS SPACE

9. Statement and signature.
*To the best of my knowledge and belief, the foregoing information is true and correct and any attached copy is a true copy of the original document.*

| Gary S. Phillips | [signature] | April 22, 2004 |
|---|---|---|
| Name of Person Signing | Signature | Date |

Total number of pages including cover sheet, attachments, and document: [-2-]

Mail documents to be recorded with required cover sheet information to:<br>Commissioner of Patent & Trademarks, Box Assignments<br>Washington, D.C. 20231

04/29/2004 LMUELLER 00000009 78267224

01 FC:8521                    40.00 OP

**TRADEMARK**
**REEL: 002959 FRAME: 0445**

ASSIGNMENT

VERONICA LORENZ, an individual, citizen of the State of California, residing at 5032 Loleta Avenue, Los Angeles, California 90041, and REA ANN SILVA, an individual, citizen of the State of California, residing at 17823 Tarzana Street, Encino, California 91315, are the owners of Patent and Trademark Office Application Serial No. 78/267224, filed June 26, 2003, covering the trademark **BEAUTYBLENDER**.

SILENZ BEAUTY, INC. is a corporation, duly organized and existing under the laws of the State of California, with offices at 889 South Rainbow Boulevard, Suite 612, Las Vegas, NV 89145.

For and good and valuable consideration, the receipt of which is hereby acknowledged, VERONICA LORENZ and REA ANN SILVA by these presents do hereby sell, assign, and transfer unto SILENZ BEAUTY, INC. the entire right, title and interest in and to the trademark **BEAUTYBLENDER** and the United States application for registration thereof, Serial No. 78/267224, filed June 26, 2003, together with the good will of the business connected with the use of and symbolized by said mark.

VERONICA LORENZ                 4-16-04

State of California         )
                            ) ss.
County of Los Angeles       )

On *April 16, 2004*, before me, personally appeared VERONICA LORENZ, personally known to me or proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to the within instrument and acknowledged to me that she executed the same.

Witness my hand and official seal.

ABRAHAM M. KHOUREIS
NOTARY PUBLIC - California
Los Angeles County
Commission # 1416579
My Comm. Expires June 4, 2007

Notary Public

REA ANN SILVA

State of California         )
                            ) ss.
County of Los Angeles       )

On *April 20, 2004*, before me, personally appeared REA ANN SILVA, personally known to me or proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to the within instrument and acknowledged to me that she executed the same.

Witness my hand and official seal.

OFFICIAL SEAL
NOBUO HIRAKO
NOTARY PUBLIC - CALIFORNIA
COMMISSION # 1290098
LOS ANGELES COUNTY
My Commission Exp. February 5, 2005

Notary Public

**RECORDED: 04/27/2004**

**TRADEMARK**
**REEL: 002959 FRAME: 0446**

# TRADEMARK ASSIGNMENT

Electronic Version v1.1
Stylesheet Version v1.1

| SUBMISSION TYPE: | NEW ASSIGNMENT |
|---|---|
| NATURE OF CONVEYANCE: | CHANGE OF NAME |

**CONVEYING PARTY DATA**

| Name | Formerly | Execution Date | Entity Type |
|---|---|---|---|
| Silenz Beauty, Inc. | | 06/30/2010 | CORPORATION: CALIFORNIA |

**RECEIVING PARTY DATA**

| | |
|---|---|
| Name: | ReaDeeming Beauty Inc. |
| Doing Business As: | DBA beautyblender |
| Street Address: | 899 South Rainbow Blvd. |
| Internal Address: | Suite 612 |
| City: | Las Vegas |
| State/Country: | NEVADA |
| Postal Code: | 89145 |
| Entity Type: | CORPORATION: CALIFORNIA |

**PROPERTY NUMBERS** Total: 5

| Property Type | Number | Word Mark |
|---|---|---|
| Registration Number: | 3992452 | |
| Registration Number: | 3291035 | MODERNIZE THE WAY YOU MAKE UP |
| Registration Number: | 3190049 | BLENDERCLEANSER |
| Registration Number: | 2945105 | BEAUTYBLENDER |
| Serial Number: | 85121156 | |

**CORRESPONDENCE DATA**

Fax Number: (610)868-8869
Phone: 610-867-9700
Email: c.a.wilkinson@verizon.net
*Correspondence will be sent to the e-mail address first; if that is unsuccessful, it will be sent via US Mail.*
Correspondent Name: Law Offices of Charles A. Wilkinson, Esq
Address Line 1: 68 East Broad ST
Address Line 2: P.O. Box 1426

OP $140.00 3992452

900202078

**TRADEMARK**
**REEL: 004622 FRAME: 0664**

| Address Line 4: | Bethlehem, PENNSYLVANIA   18016-1426 |
|---|---|

| ATTORNEY DOCKET NUMBER: | BEAUTYBLENDER NAME CHANGE |
|---|---|
| NAME OF SUBMITTER: | Clinton H. Wilkinson, Attorney of record |
| Signature: | /Clinton H. Wilkinson/ |
| Date: | 09/14/2011 |

Total Attachments: 1
source=Rea.deem name change#page1.tif

A0705357

ENDORSED - FILED
in the office of the Secretary of State
of the State of California

JUL - 2 2010

**CERTIFICATE OF AMENDMENT**
**OF**
**ARTICLES OF INCORPORATION**
**OF**
**SILENZ BEAUTY, INC.**

Rea Ann Silva certifies that:

1.   She is the President and Secretary, respectively, of Silenz Beauty, Inc., a California corporation (the "Corporation").

2.   Article 1 of the Articles of Incorporation of this Corporation is hereby deleted in its entirety and replaced as follows:

"¶

The name of this corporation is:

READEEMING BEAUTY INC.

3.   The foregoing amendment to the Articles of Incorporation has been duly approved by the Board of Directors in accordance with Section 905 of the California Corporations Code.

4.   The foregoing amendment to the Articles of Incorporation has been duly approved by the required vote of shareholders in accordance with Section 902 of the California Corporations Code. The total number of outstanding shares of the Corporation is 100. The number of shares voting in favor of the amendment equaled or exceeded the vote required. The percentage vote required was more than fifty percent (50%).

I further declare under penalty of perjury under the laws of the State of California that the matters set forth in this Certificate of Amendment are true and correct of my own knowledge and that this Certificate of Amendment is executed in Los Angeles, California.

Dated: June 30, 2010

Rea Ann Silva, President and Secretary

{8282.001-670821.DOC-(1)}

# TRADEMARK ASSIGNMENT COVER SHEET

Electronic Version v1.1                                                    ETAS ID: TM593974
Stylesheet Version v1.2

| SUBMISSION TYPE: | NEW ASSIGNMENT |
|---|---|
| NATURE OF CONVEYANCE: | Security Agreement |

## CONVEYING PARTY DATA

| Name | Formerly | Execution Date | Entity Type |
|---|---|---|---|
| REA.DEEMING BEAUTY, INC. | | 08/14/2020 | Corporation: CALIFORNIA |

## RECEIVING PARTY DATA

| | |
|---|---|
| Name: | SIENA LENDING GROUP LLC |
| Street Address: | 9 W Broad Street |
| Internal Address: | 5th Floor |
| City: | Stamford |
| State/Country: | CONNECTICUT |
| Postal Code: | 06902 |
| Entity Type: | Limited Liability Company: DELAWARE |

## PROPERTY NUMBERS Total: 32

| Property Type | Number | Word Mark |
|---|---|---|
| Serial Number: | 88868656 | ZOOM-FACE |
| Registration Number: | 4719164 | BEAUTYBLENDER |
| Registration Number: | 2945105 | BEAUTYBLENDER |
| Registration Number: | 4908115 | MAKEUP'S BEST FRIEND |
| Registration Number: | 5256814 | MAKEUP'S BEST FRIEND |
| Registration Number: | 4908116 | BODYBLENDER |
| Registration Number: | 5096501 | BLOTTERAZZI |
| Registration Number: | 4719175 | BEAUTYBLENDER |
| Registration Number: | 4701323 | DOWNLOAD.MIX.MATCH. |
| Registration Number: | 5751943 | THE LEVELER |
| Registration Number: | 5668153 | BEAUTY.BLUSHER |
| Registration Number: | 5956096 | BEAUTYBLENDER |
| Registration Number: | 5956097 | BEAUTY BLENDER |
| Registration Number: | 5700378 | KEEP.IT.CLEAN |
| Registration Number: | 4570128 | SOLID |
| Registration Number: | 5628998 | BOUNCE |
| Registration Number: | 5629037 | BOUNCE |
| Registration Number: | 5776467 | OPAL ESSENCE |

OP $815.00   88868656

| Property Type | Number | Word Mark |
|---|---|---|
| **Registration Number:** | 5657490 | INSTACLEAN |
| **Registration Number:** | 4614408 | SUR.FACE |
| **Registration Number:** | 5686296 | BLENDER DEFENDER |
| **Registration Number:** | 5765814 | GLASS GLOW |
| **Registration Number:** | 4719170 | THE ORIGINAL BEAUTYBLENDER |
| **Registration Number:** | 3190049 | BLENDERCLEANSER |
| **Registration Number:** | 3992452 | |
| **Registration Number:** | 3291035 | MODERNIZE THE WAY YOU MAKE UP |
| **Registration Number:** | 4097834 | |
| **Serial Number:** | 88037094 | BEAUTY BLENDER |
| **Serial Number:** | 88037058 | BEAUTY BLENDER |
| **Serial Number:** | 88037187 | BEAUTY BLENDER |
| **Serial Number:** | 88216831 | BIG BALLER |
| **Serial Number:** | 88037151 | BEAUTY BLENDER |

## CORRESPONDENCE DATA

**Fax Number:** 8009144240

*Correspondence will be sent to the e-mail address first; if that is unsuccessful, it will be sent using a fax number, if provided; if that is unsuccessful, it will be sent via US Mail.*

**Phone:** 800-713-0755
**Email:** Ted.mulligan@wolterskluwer.com
**Correspondent Name:** CT Corporation
**Address Line 1:** 4400 Easton Commons Way
**Address Line 2:** Suite 125
**Address Line 4:** Columbus, OHIO 43219

| NAME OF SUBMITTER: | Andrew Frank Garcia |
|---|---|
| SIGNATURE: | /Andrew Frank Garcia/ |
| DATE SIGNED: | 08/25/2020 |

**Total Attachments: 21**

source=Executed Intellectual Property Security Agreement (Siena_City Rea. Deeming) with Trademark Cover Page#page1.tif

source=Executed Intellectual Property Security Agreement (Siena_City Rea. Deeming) with Trademark Cover Page#page2.tif

source=Executed Intellectual Property Security Agreement (Siena_City Rea. Deeming) with Trademark Cover Page#page3.tif

source=Executed Intellectual Property Security Agreement (Siena_City Rea. Deeming) with Trademark Cover Page#page4.tif

source=Executed Intellectual Property Security Agreement (Siena_City Rea. Deeming) with Trademark Cover Page#page5.tif

source=Executed Intellectual Property Security Agreement (Siena_City Rea. Deeming) with Trademark Cover Page#page6.tif

source=Executed Intellectual Property Security Agreement (Siena_City Rea. Deeming) with Trademark Cover Page#page7.tif

source=Executed Intellectual Property Security Agreement (Siena_City Rea. Deeming) with Trademark Cover Page#page8.tif

source=Executed Intellectual Property Security Agreement (Siena_City Rea. Deeming) with Trademark Cover Page#page9.tif

source=Executed Intellectual Property Security Agreement (Siena_City Rea. Deeming) with Trademark Cover Page#page10.tif

source=Executed Intellectual Property Security Agreement (Siena_City Rea. Deeming) with Trademark Cover Page#page11.tif

source=Executed Intellectual Property Security Agreement (Siena_City Rea. Deeming) with Trademark Cover Page#page12.tif

source=Executed Intellectual Property Security Agreement (Siena_City Rea. Deeming) with Trademark Cover Page#page13.tif

source=Executed Intellectual Property Security Agreement (Siena_City Rea. Deeming) with Trademark Cover Page#page14.tif

source=Executed Intellectual Property Security Agreement (Siena_City Rea. Deeming) with Trademark Cover Page#page15.tif

source=Executed Intellectual Property Security Agreement (Siena_City Rea. Deeming) with Trademark Cover Page#page16.tif

source=Executed Intellectual Property Security Agreement (Siena_City Rea. Deeming) with Trademark Cover Page#page17.tif

source=Executed Intellectual Property Security Agreement (Siena_City Rea. Deeming) with Trademark Cover Page#page18.tif

source=Executed Intellectual Property Security Agreement (Siena_City Rea. Deeming) with Trademark Cover Page#page19.tif

source=Executed Intellectual Property Security Agreement (Siena_City Rea. Deeming) with Trademark Cover Page#page20.tif

source=Executed Intellectual Property Security Agreement (Siena_City Rea. Deeming) with Trademark Cover Page#page21.tif

Form **PTO-1594** (Rev. 6-12)
OMB Collection 0651-0027 (exp. 04/30/2018)

U.S. DEPARTMENT OF COMMERCE
United States Patent and Trademark Office

### RECORDATION FORM COVER SHEET
# TRADEMARKS ONLY

To the Director of the U. S. Patent and Trademark Office: Please record the attached documents or the new address(es) below.

| 1. Name of conveying party(ies): | 2. Name and address of receiving party(ies) |
|---|---|
| REA.DEEMING BEAUTY, INC. | Additional names, addresses, or citizenship attached?  ☐ Yes  ☒ No |

**1. Name of conveying party(ies):**

REA.DEEMING BEAUTY, INC.

☐ Individual(s)  ☐ Association
☐ Partnership  ☐ Limited Partnership
☒ Corporation- State: California
☐ Other _____

Citizenship (see guidelines) Califoma (U.S.A)

Additional names of conveying parties attached?  ☐ Yes  ☒ No

**2. Name and address of receiving party(ies)**

Additional names, addresses, or citizenship attached?  ☐ Yes  ☒ No

Name: SIENA LENDING GROUP LLC

Street Address: 9 W Broad Street, 5th Floor

City: Stamford

State: Connecticut

Country: U.S.A. _____ Zip: 06902

☐ Individual(s)  Citizenship _____
☐ Association  Citizenship _____
☐ Partnership  Citizenship _____
☐ Limited Partnership  Citizenship _____
☐ Corporation  Citizenship _____
☒ Other LLC  Citizenship Delaware (U.S.A)

If assignee is not domiciled in the United States, a domestic representative designation is attached:  ☐ Yes  ☒ No
(Designations must be a separate document from assignment)

**3. Nature of conveyance/Execution Date(s) :**

Execution Date(s) August 14, 2020

☐ Assignment  ☐ Merger
☒ Security Agreement  ☐ Change of Name
☐ Other _____

**4. Application number(s) or registration number(s) and identification or description of the Trademark.**

A. Trademark Application No.(s)           Text

See Schedule 1B

B. Trademark Registration No.(s)

See Schedule 1B

Additional sheet(s) attached?  ☒ Yes  ☐ No

C. Identification or Description of Trademark(s) (and Filing Date if Application or Registration Number is unknown):

**5. Name & address of party to whom correspondence concerning document should be mailed:**

Name: Andrew F. Garcia

Internal Address: _____

Street Address: 230 Park Avenue

City: New York

State: New York    Zip: 10169

Phone Number: (212) 905-3705

Docket Number: _____

Email Address: Agarcia@otterbourg.com

**6. Total number of applications and registrations involved:**   32

**7. Total fee** (37 CFR 2.6(b)(6) & 3.41)    $_____

☐ Authorized to be charged to deposit account
☐ Enclosed

**8. Payment Information:**

Deposit Account Number _____

Authorized User Name _____

**9. Signature:**

Signature: _____ _____

Andrew Frank Garcia
Name of Person Signing

Date: 8/25/2020

Total number of pages including cover sheet, attachments, and document: 21

Documents to be recorded (including cover sheet) should be faxed to (571) 273-0140, or mailed to:
Mail Stop Assignment Recordation Branch, Director of the USPTO, P.O. Box 1450, Alexandria, VA 22313-1450

**TRADEMARK**
**REEL: 007035 FRAME: 0727**

[Execution]

## INTELLECTUAL PROPERTY SECURITY AGREEMENT

THIS INTELLECTUAL PROPERTY SECURITY AGREEMENT (the "Agreement") dated as of August 14, 2020 by REA. DEEMING BEAUTY, INC., a California corporation ("**Grantor**"), in favor of SIENA LENDING GROUP LLC, a Delaware limited liability company (together with its successors, participants, and assigns, "**Lender**"):

W I T N E S S E T H

WHEREAS, Grantor, certain of Grantor's Affiliates, and Lender are parties to a certain Loan and Security Agreement dated as of even date herewith (as the same may be amended, restated, supplemented or modified from time to time, the "**Loan Agreement**") providing for the extensions of credit to be made to Grantor, as borrower, by Lender; and

WHEREAS, Grantor has granted to Lender a security interest in substantially all of the assets of Grantor including all right, title and interest of Grantor in, to and under all now owned and hereafter acquired trademarks, copyrights, and patents, together with the goodwill of the business symbolized by Grantor's trademarks, patents and copyrights and all products and proceeds thereof, to secure the payment of all amounts owing by Grantor under the Loan Agreement.

NOW, THEREFORE, in consideration of the promises set forth herein and for other good and valuable consideration, receipt and sufficiency of which are hereby acknowledged, Grantor agrees as follows:

1.   Incorporation of Loan Agreement.   The Loan Agreement and the terms and provisions thereof are hereby incorporated in their entirety by this reference into this Agreement.   All terms capitalized but not otherwise defined herein shall have the same meanings ascribed to them in the Loan Agreement.

2.   Grant of Security Interests.   To secure the payment and performance of the Obligations, Grantor hereby grants to Lender a continuing security interest in Grantor's entire right, title and interest in, to, and under the following whether now owned or existing or hereafter created, acquired or arising:

(i)        each trademark, patent and copyright listed on Schedule 1 annexed hereto, (such trademarks, patents and copyrights, the "Trademarks", "Patents" and "Copyrights") together with any renewals, reissues, continuations or extensions thereof, and all of the goodwill of the business connected with the use of, and symbolized by, each Trademark, Patent and Copyright; and

(ii)       all products and proceeds of the forgoing, including without limitation, any claim by Grantor against third parties for past, present or future (a) infringement or dilution of any Trademark, Copyright, or Patent, or (b) injury to the goodwill associated with any Trademark.

3.   Representations and Warranties.   Grantor hereby represents and warrants that the Trademarks, Patents and Copyrights listed on Schedule I attached hereto constitute all registered and/or pending applications for registration of trademarks, patents and copyrights owned by Grantor as of the date hereof.

4.   Right to Bring Suit.   Grantor shall have the right to bring suit in its own name to enforce the Trademarks, Patents and Copyrights, provided Grantor gives notice of such suit to Lender in accordance with Section 7 hereof and Section 10.10 of the Loan Agreement. Lender may, at Lender's option, be joined as a nominal party to such suit if Lender shall be satisfied that the joinder is necessary and that Lender is not incurring any risk of liability by that joinder.  Grantor shall promptly, upon demand, reimburse and

**TRADEMARK**
**REEL: 007035 FRAME: 0728**

indemnify, defend, and hold harmless Lender for all damages, costs and expenses, including reasonable attorneys' fees, incurred by Lender pursuant to this paragraph.

   5. <u>GOVERNING LAW.</u> THIS AGREEMENT SHALL BE GOVERNED BY AND CONSTRUED IN ACCORDANCE WITH THE LAW OF THE STATE OF NEW YORK WITHOUT REGARD TO CONFLICT OF LAW PRINCIPLES (EXCEPT 5-1401 AND 5-1402 OF THE NEW YORK GENERAL OBLIGATION LAW).  FURTHER, THE LAW OF THE STATE OF NEW YORK SHALL APPLY TO ALL DISPUTES OR CONTROVERSIES ARISING OUT OF OR CONNECTED TO OR WITH THIS AGREEMENT WITHOUT REGARD TO CONFLICT OF LAW PRINCIPLES (EXCEPT 5-1401 AND 5-1402 OF THE NEW YORK GENERAL OBLIGATION LAW).

   6. <u>CONSENT TO JURISDICTION; WAIVER OF JURY TRIAL.</u> ANY LEGAL ACTION, SUIT OR PROCEEDING WITH RESPECT TO THIS AGREEMENT SHALL BE BROUGHT EXCLUSIVELY IN THE COURTS OF THE STATE OF NEW YORK IN THE COUNTY OF NEW YORK OR IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK, AND THE UNDERSIGNED HEREBY ACCEPTS FOR ITSELF AND IN RESPECT OF ITS PROPERTY, GENERALLY AND UNCONDITIONALLY IN CONNECTION WITH ANY SUCH LEGAL ACTION, SUIT OR PROCEEDING, THE JURISDICTION OF THE AFOREMENTIONED COURTS.  THE UNDERSIGNED HEREBY EXPRESSLY AND IRREVOCABLY WAIVES, TO THE FULLEST EXTENT PERMITTED BY APPLICABLE LAW, ANY OBJECTION TO THE LAYING OF VENUE OR BASED ON THE GROUNDS OF FORUM NON CONVENIENS, OR BASED ON UPON 28 U.S.C. § 1404, WHICH THEY MAY NOW OR HEREAFTER HAVE TO THE BRINGING AND ADJUDICATION OF ANY SUCH ACTION, SUIT OR PROCEEDING IN ANY OF THE AFOREMENTIONED COURTS AND AGREES TO THE GRANTING OF SUCH LEGAL OR EQUITABLE RELIEF AS IS DEEMED APPROPRIATE BY THE COURT.  THE UNDERSIGNED HEREBY WAIVES ANY RIGHT TO A TRIAL BY JURY IN ANY ACTION, PROCEEDING OR COUNTERCLAIM CONCERNING ANY RIGHTS UNDER THIS AGREEMENT OR UNDER ANY AMENDMENT, WAIVER, INSTRUMENT, DOCUMENT OR OTHER AGREEMENT DELIVERED OR WHICH IN THE FUTURE MAY BE DELIVERED IN CONNECTION HEREWITH OR THEREWITH, OR ARISING FROM ANY FINANCING RELATIONSHIP EXISTING IN CONNECTION WITH THIS AGREEMENT, AND AGREES THAT ANY SUCH ACTION, PROCEEDING OR COUNTERCLAIM SHALL BE TRIED BEFORE A COURT AND NOT BEFORE A JURY.

   7. <u>Notices.</u>  Any notice required or permitted to be given under this Security Agreement shall be sent in accordance with Section 10.10 of the Loan Agreement.

[Remainder of Page Intentionally Blank]

2

**TRADEMARK**
**REEL: 007035 FRAME: 0729**

IN WITNESS WHEREOF, Grantor has duly executed this Agreement as of the date first written above.

REA. DEEMING BEAUTY, INC.

By: _____
Name: ReaAnn Silva
Title: CEO / Founder

*[Signature page to Intellectual Property Security Agreement]*

**TRADEMARK**
**REEL: 007035 FRAME: 0730**

## **COMPANY ACKNOWLEDGMENT**

UNITED STATES OF AMERICA          :
STATE OF _____          :          SS
COUNTY OF _____          :


On August __, 2020, [_____] before me personally appeared _____, to me known and being duly sworn, deposes and says that s/he is authorized to sign on behalf of Rea. Deeming Beauty, Inc., that s/he signed the Agreement thereto pursuant to the authority vested in her/him by law; that the within Agreement is the voluntary act of such company; and s/he desires the same to be recorded as such.


_____
Notary Public
My Commission Expires:


[Acknowledgment to Intellectual Property Security Agreement]

**SCHEDULE 1**

(a)  Patents and Patent Licenses

| Patent | Application Number | Registration Date | Patent Number |
|--------|--------------------|-------------------|---------------|
|        |                    |                   |               |

TRADEMARK
REEL: 007035 FRAME: 0733

(b) Trademarks and Trademark Licenses

| Trademark | Serial Number | Registration Date | Registration Number |
|---|---|---|---|
| ZOOM-FACE | 88868656 | n/a | n/a |
| For additional trademarks registrations and/or pending applications, please see attached. | | | |

TRADEMARK
REEL: 007035 FRAME: 0734

| Trademark | Client-Matter: Country | Sub Case | Case Type | Application No. Filing Date | Publication No. Publication Date | Registration No. Registration Date | Status Next Renewal |
|---|---|---|---|---|---|---|---|
| BEAUTYBLENDER / IC 03, 18, 21 | 73611-00003 | A1 | ORD | 86/238,817 01-Apr-2014 | 27-Jan-2015 | 4,719,164 14-Apr-2015 | Registered 14-Apr-2025 |

    Classes: 03 Int., 18 Int., 21 Int.
    Owner: Rea.deeming Beauty, Inc.     Attorneys: JJS    ES
    Client: Readeeming Beauty, Inc.     Client Reference:
    Agent:     Agent Reference:

    Goods: 03 Int.: Non-medicated cleansers, namely, cleanser for cleaning cosmetic sponge applicators and make up brushes. FIRST USE: 07/01/2005

    18 Int.: Cosmetic cases sold empty; Travel cases; Vanity cases sold empty; Pouches for holding makeup accessories sold empty; Makeup accessory carrying cases sold empty. FIRST USE: 01/01/2012

    21 Int.: Sponge applicator for applying makeup; Sponges used for applying makeup; Sponge holders; Cosmetic storage kits including a palette empty of cosmetics used for color matching purposes and storage of customized cosmetic blends in a nonmetal storage container; Cosmetic blending sponge kits comprising sponges for applying makeup and sponge cleanser; Tools for skin care, namely, makeup brushes. FIRST USE: 07/01/2004

| BEAUTYBLENDER / IC 21 | 73611-00003 | A11 | ORD | 78/267,224 26-Jun-2003 | 23-Mar-2004 | 2,945,105 26-Apr-2005 | Registered 26-Apr-2025 |

    Classes: 21 Int.
    Owner: Rea.deeming Beauty, Inc.     Attorneys: JJS    ES
    Client: Readeeming Beauty, Inc.     Client Reference:
    Agent:     Agent Reference:

    Goods: 21 Int.: Sponge applicator for makeup

| MAKEUP'S BEST FRIEND / IC 35 | 73611-00003 | A12 | ORD | 86/689,802 10-Jul-2015 | 15-Dec-2015 | 4,908,115 01-Mar-2016 | Registered 01-Mar-2026 |

    Classes: 35 Int.
    Owner: Rea.deeming Beauty, Inc.     Attorneys: JJS    ES
    Client: Readeeming Beauty, Inc.     Client Reference:
    Agent:     Agent Reference:

    Goods: 35 Int.: On-line retail store services featuring cosmetic and beauty care products

TRADEMARK REEL: 007035 FRAME: 0735

# Trademark List (by Country)

**Country: United States of America**

| Trademark | Client-Matter: Country | Sub Case | Case Type | Application No. Filing Date | Publication No. Publication Date | Registration No. Registration Date | Status Next Renewal |
|---|---|---|---|---|---|---|---|
| MAKEUP'S BEST FRIEND / IC 21 | 73611-00003 | A13 | ORD | 86/689,850 10-Jul-2015 | 15-Dec-2015 | 5,256,814 01-Aug-2017 | Registered 01-Aug-2027 |

**Classes:** 21 Int.
**Owner:** Readeeming Beauty, Inc.
**Client:** Readeeming Beauty, Inc.
**Agent:**
Attorneys: JJS
Client Reference:
Agent Reference: ES

**Goods:** 21 Int.: Sponge applicator for applying makeup; Sponges used for applying makeup; sponge holders; cosmetic storage kits comprising a palette empty of cosmetics used for color matching purposes and storage of customized cosmetic blends in a nonmetal storage container; cosmetic blending sponge kits comprising sponges for applying makeup and sponge cleanser; tools for skin care, namely cosmetic brushes

| Trademark | Client-Matter: Country | Sub Case | Case Type | Application No. Filing Date | Publication No. Publication Date | Registration No. Registration Date | Status Next Renewal |
|---|---|---|---|---|---|---|---|
| BODYBLENDER / IC 21 | 73611-00003 | A14 | ORD | 86/689,823 10-Jul-2015 | 15-Dec-2015 | 4,908,116 01-Mar-2016 | Registered 01-Mar-2026 |

**Classes:** 21 Int.
**Owner:** Readeeming Beauty, Inc.
**Client:** Readeeming Beauty, Inc.
**Agent:**
Attorneys: JJS
Client Reference:
Agent Reference: ES

**Goods:** 21 Int.: Sponge applicator for applying makeup. Sponges used for applying makeup; sponge holders; cosmetic storage kits comprising a palette empty of cosmetics used for color matching purposes and storage of customized cosmetic blends in a nonmetal storage container; cosmetic blending sponge kits comprising sponges for applying makeup and sponge cleanser; tools for skin care, namely cosmetic brushes

| Trademark | Client-Matter: Country | Sub Case | Case Type | Application No. Filing Date | Publication No. Publication Date | Registration No. Registration Date | Status Next Renewal |
|---|---|---|---|---|---|---|---|
| BLOTTERAZZI / IC 21 | 73611-00003 | A15 | ORD | 86/689,867 10-Jul-2015 | 15-Dec-2015 | 5,096,501 06-Dec-2016 | Registered 06-Dec-2026 |

**Classes:** 21 Int.
**Owner:** Readeeming Beauty, Inc.
**Client:** Readeeming Beauty, Inc.
**Agent:**
Attorneys: JJS
Client Reference:
Agent Reference: ES

**Goods:** 21 Int.: Cosmetic facial sponge applicator for blotting; sponge holders; cosmetic storage kits comprising a palette empty of cosmetics used for color matching purposes and storage of customized cosmetic blends in a nonmetal storage container; tools for skin care, namely cosmetic brushes and sponges

**Wednesday, July 29, 2020**

# Trademark List (by Country)

**Country: United States of America**

| Trademark | Client-Matter: Country | Sub Case | Case Type | Application No. Filing Date | Publication No. Publication Date | Registration No. Registration Date | Status Next Renewal |
|---|---|---|---|---|---|---|---|
| BEAUTYBLENDER stylized / IC 03, 18, 21 | **73611-00003** | **A17** | **ORD** | 86/242,868 04-Apr-2014 | 27-Jan-2015 | 4,719,175 14-Apr-2015 | Registered 14-Apr-2025 |
| | | | **Attorneys:** JJS | | ES | | |
| | **Classes:** 03 Int., 18 Int., 21 Int. | | | | | | |
| | **Owner:** Rea.deeming Beauty, Inc. | | | | | | |
| | **Client:** Readeeming Beauty, Inc. | | **Client Reference:** | | | | |
| | **Agent:** | | **Agent Reference:** | | | | |
| | | | | | | | |

**Goods:** 03 Int.: Non-medicated cleansers, namely, cleanser for cleaning cosmetic sponge applicators and make up brushes. FIRST USE: 07/01/2005

18 Int.: Cosmetic cases sold empty; Travel cases; Vanity cases sold empty; Pouches for holding makeup accessories sold empty. Makeup accessory carrying cases sold empty. FIRST USE: 01/01/2012

21 Int.: Sponge applicator for applying makeup; Sponges used for applying makeup; Sponge holders; Cosmetic storage kits including a palette empty of cosmetics used for color matching purposes and storage of customized cosmetic blends in a nonmetal storage container; Cosmetic blending sponge kits comprising sponges for applying makeup and sponge cleanser; Tools for skin care, namely, cosmetic brushes. FIRST USE: 07/01/2004

| Trademark | Client-Matter: Country | Sub Case | Case Type | Application No. Filing Date | Publication No. Publication Date | Registration No. Registration Date | Status Next Renewal |
|---|---|---|---|---|---|---|---|
| DOWNLOAD.MIX.MATCH / IC 21 | **73611-00003** | **A2** | **ORD** | 86/237,376 31-Mar-2014 | 12-Aug-2014 | 4,701,323 10-Mar-2015 | Registered 10-Mar-2025 |
| | | | **Attorneys:** JJS | | ES | | |
| | **Classes:** 21 Int. | | | | | | |
| | **Owner:** Rea.deeming Beauty, Inc. | | | | | | |
| | **Client:** Readeeming Beauty, Inc. | | **Client Reference:** | | | | |
| | **Agent:** | | **Agent Reference:** | | | | |

**Goods:** 21 Int.: Cosmetic palette storage kits consisting primarily of palettes empty of cosmetics used for color matching purposes provided in a specially adapted nonmetal storage container

| Trademark | Client-Matter: Country | Sub Case | Case Type | Application No. Filing Date | Publication No. Publication Date | Registration No. Registration Date | Status Next Renewal |
|---|---|---|---|---|---|---|---|
| THE LEVELER / IC 03 | **73611-00003** | **A22** | **ORD** | 87/460,580 23-May-2017 | 03-Oct-2017 | 5,751,943 14-May-2019 | Registered 14-May-2029 |
| | | | **Attorneys:** JJS | | ES | | |
| | **Classes:** 03 Int. | | | | | | |
| | **Owner:** Rea.deeming Beauty, Inc. | | | | | | |
| | **Client:** Readeeming Beauty, Inc. | | **Client Reference:** | | | | |
| | **Agent:** | | **Agent Reference:** | | | | |

**Goods:** 03 Int.: Cosmetics and makeup

Wednesday, July 29, 2020

# Trademark List (by Country)

Page: 145 of 149

**Country: United States of America**

| Trademark | Client-Matter: Country | Sub Case | Case Type | Application No. / Filing Date | Publication No. / Publication Date | Registration No. / Registration Date | Status / Next Renewal |
|---|---|---|---|---|---|---|---|
| BEAUTY BLUSHER / IC 21 | 73611-00003 | A26 | ORD | 87/480,912 / 08-Jun-2017 | / 20-Nov-2018 | 5,668,153 / 05-Feb-2019 | Registered / 05-Feb-2029 |

Classes: 21 Int.
Owner: Readeeming Beauty, Inc.
Client: Readeeming Beauty, Inc.        Attorneys: JJS
Agent:        Client Reference: ES
        Agent Reference:

Goods: 21 Int.: Sponge applicator for applying makeup; Facial sponges used for applying makeup; Sponge holders; Plastic storage containers for makeup mixing palettes; Makeup mixing palettes sold empty for color matching purposes; Cosmetic blending sponge kits comprising facial sponges for applying makeup and facial cleansing sponges; Tools for skin care, namely, cosmetic brushes

| Trademark | Client-Matter: Country | Sub Case | Case Type | Application No. / Filing Date | Publication No. / Publication Date | Registration No. / Registration Date | Status / Next Renewal |
|---|---|---|---|---|---|---|---|
| BEAUTYBLENDER / IC 03 | 73611-00003 | A27 | ORD | 87/599,652 / 07-Sep-2017 | / 10-Sep-2019 | 5,956,096 / 07-Jan-2020 | Registered / 07-Jan-2030 |

Classes: 03 Int.
Owner: Readeeming Beauty, Inc.
Client: Readeeming Beauty, Inc.        Attorneys: JJS
Agent:        Client Reference: ES
        Agent Reference:

Goods: 03 Int.: Cosmetics and makeup

| Trademark | Client-Matter: Country | Sub Case | Case Type | Application No. / Filing Date | Publication No. / Publication Date | Registration No. / Registration Date | Status / Next Renewal |
|---|---|---|---|---|---|---|---|
| BEAUTY BLENDER / IC 03 | 73611-00003 | A28 | ORD | 87/599,661 / 07-Sep-2017 | / 17-Sep-2019 | 5,956,097 / 07-Jan-2020 | Registered / 07-Jan-2030 |

Classes: 03 Int.
Owner: Readeeming Beauty, Inc.
Client: Readeeming Beauty, Inc.        Attorneys: JJS
Agent:        Client Reference: ES
        Agent Reference:

Goods: 03 Int.: Cosmetics and makeup

**TRADEMARK**
**REEL: 007035 FRAME: 0738**

Case 1:25-cv-26005-WPD   Document 1-2   Entered on FLSD Docket 12/19/2025   Page 23 of 51

**Country: United States of America**

| Trademark | Client-Matter: Country | Sub Case | Case Type | Application No. Filing Date | Publication No. Publication Date | Registration No. Registration Date | Status Next Renewal |
|---|---|---|---|---|---|---|---|
| KEEP IT CLEAN / IC 21 | 73611-00003 | A29 | ORD | 87/599,700 07-Sep-2017 | 01-Jan-2019 | 5,700,378 19-Mar-2019 | Registered 19-Mar-2029 |

Classes: 21 Int.
Owner: Readeeming Beauty, Inc.
Client: Readeeming Beauty, Inc.
Agent:
Attorneys: JUS
Client Reference:
Agent Reference: ES
Goods: 21 Int.: Cleaning brushes for makeup applicators; Apparatus for cleaning makeup applicators comprised of a silicon cleaning pad.

| Trademark | Client-Matter: Country | Sub Case | Case Type | Application No. Filing Date | Publication No. Publication Date | Registration No. Registration Date | Status Next Renewal |
|---|---|---|---|---|---|---|---|
| SOLID / IC 03 (supplemental register) | 73611-00003 | A3 | ORD | 86/009,240 12-Jul-2013 | 29-Apr-2014 | 4,570,128 15-Jul-2014 | Registered 15-Jul-2024 |

Classes: 03 Int.
Owner: Readeeming Beauty, Inc.
Client: Readeeming Beauty, Inc.
Agent:
Attorneys: JUS
Client Reference:
Agent Reference: ES
Goods: 03 Int.: Cleanser for cleaning cosmetic sponge applicators and make up brushes

| Trademark | Client-Matter: Country | Sub Case | Case Type | Application No. Filing Date | Publication No. Publication Date | Registration No. Registration Date | Status Next Renewal |
|---|---|---|---|---|---|---|---|
| BOUNCE / IC 03 | 73611-00003 | A30 | ORD | 87/614,063 19-Sep-2017 | 06-Feb-2018 | 5,628,998 11-Dec-2018 | Registered 11-Dec-2028 |

Classes: 03 Int.
Owner: Readeeming Beauty, Inc.
Client: Readeeming Beauty, Inc.
Agent:
Attorneys: JUS
Client Reference:
Agent Reference: ES
Goods: 03 Int.: Make-up, namely, foundation and concealer

| Trademark | Client-Matter: Country | Sub Case | Case Type | Application No. Filing Date | Publication No. Publication Date | Registration No. Registration Date | Status Next Renewal |
|---|---|---|---|---|---|---|---|
| BOUNCE stylized / IC 03 | 73611-00003 | A31 | ORD | 87/621,378 25-Sep-2017 | 06-Feb-2018 | 5,629,037 11-Dec-2018 | Registered 11-Dec-2028 |

Classes: 03 Int.
Owner: Readeeming Beauty, Inc.
Client: Readeeming Beauty, Inc.
Agent:
Attorneys: JUS
Client Reference:
Agent Reference: ES
Goods: 03 Int.: Make-up, namely, foundation and concealer

Wednesday, July 29, 2020

# Trademark List (by Country)

Page: 147 of 149

**Country: United States of America**

| Trademark | Client-Matter: Country | Sub Case | Case Type | Application No. Filing Date | | Publication No. Publication Date | Registration No. Registration Date | Status Next Renewal |
|---|---|---|---|---|---|---|---|---|
| **OPAL ESSENCE / IC 03** | 73611-00003 | A34 | ORD | 87/679,913 10-Nov-2017 | | 06-Feb-2018 | 5,776,467 11-Jun-2019 | Registered 11-Jun-2029 |
| Classes: 03 Int. | | | | | | | | |
| Owner: Rea.deeming Beauty, Inc. | | | | Attorneys: JJS | ES | | | |
| Client: Readeeming Beauty, Inc. | | | | Client Reference: | | | | |
| Agent: | | | | Agent Reference: | | | | |
| Goods: 03 Int.: Cosmetics and make-up | | | | | | | | |
| **INSTACLEAN / IC 03** | 73611-00003 | A38 | ORD | 87/719,941 13-Dec-2017 | | 08-May-2018 | 5,657,490 15-Jan-2019 | Registered 15-Jan-2029 |
| Classes: 03 Int. | | | | | | | | |
| Owner: Rea.deeming Beauty, Inc. | | | | Attorneys: JJS | ES | | | |
| Client: Readeeming Beauty, Inc. | | | | Client Reference: | | | | |
| Agent: | | | | Agent Reference: | | | | |
| Goods: 03 Int.: Cleaning preparations for cleaning cosmetic sponge applicators and make-up brushes | | | | | | | | |
| **SUR.FACE / IC 21** | 73611-00003 | A4 | ORD | 85/803,490 14-Dec-2012 | | 02-Jul-2013 | 4,614,408 30-Sep-2014 | Registered 30-Sep-2024 |
| Classes: 21 Int. | | | | | | | | |
| Owner: Rea.deeming Beauty, Inc. | | | | Attorneys: JJS | ES | | | |
| Client: Readeeming Beauty, Inc. | | | | Client Reference: | | | | |
| Agent: | | | | Agent Reference: | | | | |
| Goods: 21 Int.: Cosmetic palette storage kits consisting primarily of palettes empty of cosmetics used for color matching purposes provided in a specially adapted nonmetal storage container | | | | | | | | |
| **BLENDER DEFENDER / IC 18** | 73611-00003 | A48 | ORD | 88/098,074 29-Aug-2018 | | 11-Dec-2018 | 5,686,296 26-Feb-2019 | Registered 26-Feb-2029 |
| Classes: 18 Int. | | | | | | | | |
| Owner: Rea.deeming Beauty, Inc. | | | | Attorneys: JJS | ES | | | |
| Client: Readeeming Beauty, Inc. | | | | Client Reference: | | | | |
| Agent: | | | | Agent Reference: | | | | |
| Goods: 18 Int.: Makeup accessory carrying cases sold empty | | | | | | | | |

**Country: United States of America**

| Trademark | Client-Matter: Country | Sub Case | Case Type | Application No. / Filing Date | Publication No. / Publication Date | Registration No. / Registration Date | Status / Next Renewal |
|---|---|---|---|---|---|---|---|
| GLASS GLOW / IC 03 | 73611-00003 | A49 | ORD | 88/114,754 / 12-Sep-2018 | 11-Dec-2018 | 5,765,814 / 28-May-2019 | Registered / 28-May-2029 |

Attorneys: JJS   ES

Client Reference:

Agent Reference:

Classes: 03 Int.

Owner: Readeeming Beauty, Inc.

Client: Readeeming Beauty, Inc.

Agent:

Goods: 03 Int.: Cosmetics and makeup

| Trademark | | | | | | | |
|---|---|---|---|---|---|---|---|
| THE ORIGINAL BEAUTYBLENDER stylized / IC 03, 21 | 73611-00003 | A5 | ORD | 86/241,638 / 03-Apr-2014 | 27-Jan-2015 | 4,719,170 / 14-Apr-2015 | Registered / 14-Apr-2025 |

Attorneys: JJS   ES

Client Reference:

Agent Reference:

Classes: 03 Int., 21 Int.

Owner: Readeeming Beauty, Inc.

Client: Readeeming Beauty, Inc.

Agent:

Goods: 03 Int.: Non-medicated cleansers, namely, cleanser for cleaning cosmetic sponge applicators and make up brushes. FIRST USE: 07/01/2005

21 Int.: Sponge applicator for applying makeup; Sponges used for applying makeup; Sponge holders; Cosmetic storage kits including a palette empty of cosmetics used for color matching purposes and storage of customized cosmetic blends in a nonmetal storage container; Cosmetic blending sponge kits comprising sponges for applying makeup and sponge cleanser; Tools for skin care, namely, makeup brushes. FIRST USE: 07/01/2004

| Trademark | | | | | | | |
|---|---|---|---|---|---|---|---|
| BLENDERCLEANSER / IC 03 | 73611-00003 | A6 | ORD | 78/593,846 / 23-Mar-2005 | 27-Dec-2005 | 3,190,049 / 26-Dec-2006 | Registered / 16-Dec-2026 |

Attorneys: JJS   ES

Client Reference:

Agent Reference:

Classes: 03 Int.

Owner: Readeeming Beauty, Inc.

Client: Readeeming Beauty, Inc.

Agent:

Goods: 03 Int.: Cleanser for cleaning cosmetic sponge applicators

# Trademark List (by Country)

**Country: United States of America**

| Trademark | Client-Matter:<br>Country | Sub<br>Case | Case<br>Type | Application No.<br>Filing Date | Publication No.<br>Publication Date | Registration No.<br>Registration Date | Status<br>Next Renewal |
|---|---|---|---|---|---|---|---|
| Color Mark: Hot Pink / IC 21 | 73611-00003 | A7 | ORD | 85/091,937<br>21-Jul-2010 | 26-Apr-2011 | 3,992,452<br>12-Jul-2011 | Registered<br>12-Jul-2021 |

Classes: 21 Int.

Owner: Rea.deeming Beauty, Inc.  Attorneys: JJS
Client: Readeeming Beauty, Inc.  Client Reference:
Agent:  Agent Reference:

Goods: 21 Int.: Sponge applicator for applying makeup

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| MODERNIZE THE WAY YOU MAKE UP / IC 21 | 73611-00003 | A8 | ORD | 78/962,583<br>29-Aug-2006 | 26-Jun-2007 | 3,291,035<br>11-Sep-2007 | Registered<br>11-Sep-2027 |

Classes: 21 Int.

Owner: Rea.deeming Beauty, Inc.  Attorneys: JJS
Client: Readeeming Beauty, Inc.  Client Reference:
Agent:  Agent Reference:

Goods: 21 Int.: Facial sponges for applying make-up

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Color Butterfly Logo / IC 03, 21 | 73611-00003 | A9 | ORD | 85/121,156<br>01-Sep-2010 | 29-Nov-2011 | 4,097,834<br>14-Feb-2012 | Registered<br>14-Feb-2022 |

Classes: 03 Int., 21 Int.

Owner: Rea.deeming Beauty, Inc.  Attorneys: JJS
Client: Readeeming Beauty, Inc.  Client Reference:
Agent:  Agent Reference:

Goods: 03 Int.: Cosmetic and make-up related products, namely, cleaners for cleaning makeup sponges, brushes, and cosmetic sponge applicators
21 Int.: Cosmetics and makeup application products, namely, facial sponges, cosmetic sponge applicators, and makeup sponge containers

TRADEMARK
REEL: 007035 FRAME: 0742

# Trademark List (by Country)

**Country: United States of America**

| Trademark | Client-Matter: Country | Sub Case | Case Type | Application No. Filing Date | Publication No. Publication Date | Registration No. Registration Date | Status Next Renewal |
|---|---|---|---|---|---|---|---|
| Stacked BEAUTY BLENDER logo (within egg-shaped image, rebranding) / IC 03 | 73611-00003 | A39 | ORD | 88/037,094 13-Jul-2018 | | | Pending |

**Classes:** 03 Int.
**Owner:** Rea.deeming Beauty, Inc.      **Attorneys:** JJS
**Client:** Readeeming Beauty, Inc.      **Client Reference:**
**Agent:**      **Agent Reference:**

**Goods:** 03 Int.: Cosmetics and makeup non-medicated cleansers, namely, cleanser for cleaning cosmetic sponge applicators and make up brushes

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Stacked BEAUTY BLENDER logo (within egg-shaped image, rebranding) / IC 35 | 73611-00003 | A41 | ORD | 88/037,058 13-Jul-2018 | | | Pending |

**Classes:** 35 Int.
**Owner:** Rea.deeming Beauty, Inc.      **Attorneys:** JJS
**Client:** Readeeming Beauty, Inc.      **Client Reference:**
**Agent:**      **Agent Reference:**

**Goods:** 35 Int.: On-line retail store services featuring cosmetic and beauty care products

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Stacked BEAUTY BLENDER logo (within egg-shaped image, rebranding) / IC 21 | 73611-00003 | A42 | ORD | 88/037,187 13-Jul-2018 | | | Pending |

**Classes:** 21 Int.
**Owner:** Rea.deeming Beauty, Inc.      **Attorneys:** JJS
**Client:** Readeeming Beauty, Inc.      **Client Reference:**
**Agent:**      **Agent Reference:**

**Goods:** 21 Int.: Sponge applicator for applying makeup; Sponges used for applying makeup; sponge holders; cosmetic storage kits comprising a palette empty of cosmetics used for color matching purposes and storage of customized cosmetic blends in a nonmetal storage container; cosmetic blending sponge kits comprising sponges for applying makeup and sponge cleanser; tools for skin care, namely, cosmetic brushes.

**TRADEMARK**
**REEL: 007035 FRAME: 0743**

# Trademark List (by Country)

| Trademark | Client-Matter: Country | Sub Case | Case Type | Application No. Filing Date | Publication No. Publication Date | Registration No. Registration Date | Status Next Renewal |
|---|---|---|---|---|---|---|---|
| BIG BALLER / IC 21 | 73611-00003 | A52 | ORD | 88/216,831 04-Dec-2018 | | | Pending |

Classes: 21 Int.
Owner: Readeeming Beauty, Inc.
Client: Readeeming Beauty, Inc.
Agent:

Attorneys: JJS        ES
Client Reference:
Agent Reference:

Goods: 21 Int.: Tools for skin care, namely, makeup brushes and cosmetic applicator sponges

- - - - - - - - - - - - - - - - - -

| Trademark | Client-Matter: Country | Sub Case | Case Type | Application No. Filing Date | Publication No. Publication Date | Registration No. Registration Date | Status Next Renewal |
|---|---|---|---|---|---|---|---|
| Stacked BEAUTY BLENDER logo (within egg-shaped image, rebranding) / IC 18 | 73611-00003 | WP4 | ORD | 88/037,151 13-Jul-2018 | | | Pending |

Classes: 18 Int.
Owner: Readeeming Beauty, Inc.
Client: Readeeming Beauty, Inc.
Agent:

Attorneys: JJS        ES
Client Reference:
Agent Reference:

Goods: 18 Int.: Cosmetic cases sold empty; Travel cases; Vanity cases sold empty; Cosmetic carrying cases sold empty

Case 1:25-cv-26005-WPD  Document 1-2  Entered on FLSD Docket 12/19/2025  Page 28 of 51

**TRADEMARK**
**REEL: 007035 FRAME: 0744**

(c) Copyrights and Copyright Licenses

| Copyright | Registration Date | Registration Number |
|---|---|---|
| | | |
| | | |
| | | |
| | | |

[Schedule 1 to Intellectual Property Security Agreement]

# POWER OF ATTORNEY

August 14, 2020

   REA. DEEMING BEAUTY, INC., a California corporation ("Grantor"), hereby authorizes SIENA LENDING GROUP LLC, its successors and assigns, and any officer or agent thereof ("Lender") under that certain Loan and Security Agreement among Lender, Grantor, and certain of Grantor's Affiliates dated as of even date herewith (as it may hereafter be amended, modified, restated or replaced from time to time, the "Loan Agreement"), following the occurrence and during the continuance of an Event of Default (as defined in the Loan Agreement), as the true and lawful attorney-in-fact of Grantor, with the power to endorse the name of Grantor on all applications, assignments, documents, papers and instruments necessary for Lender to enforce and effectuate its rights under that certain Intellectual Property Security Agreement between Grantor and Lender dated the date hereof (as it may hereafter be supplemented, restated, superseded, amended or replaced, the "Intellectual Property Agreement"), including, without limitation, the power to record its interest in any trademarks, patents and copyrights (as defined in the Intellectual Property Agreement) or additional trademarks, patents and copyrights in the United States Patent and Trademark Office and United States Copyright Office or other appropriate governmental office including, without limitation, the power to execute on behalf of Grantor a supplement to the Patent, Trademark and Copyright Security Agreement, to use the Trademarks, Patents and Copyrights or to grant or issue any exclusive or non-exclusive license under the Trademarks, Patents and Copyrights to anyone else, or to assign, pledge, convey or otherwise transfer title in or dispose of the Trademarks, Patents and Copyrights to anyone else including, without limitation, the power to execute on behalf of Grantor a trademark, patent, or copyright assignment, in each case subject to the terms of the Intellectual Property Agreement. Nothing herein contained shall obligate Lender to use or exercise any rights granted herein.

   This Power of Attorney is given and any action taken pursuant hereto is intended to be so given or taken pursuant to and subject to the provisions of the Loan Agreement.

   Grantor hereby unconditionally ratifies all that such attorney shall lawfully do or cause to be done following the occurrence and during the continuance of an Event of Default by virtue hereof and in accordance with the terms of the Intellectual Property Agreement, the Loan Agreement and the Loan Documents other than any actions which constitute gross negligence or willful misconduct.

   This Power of Attorney shall be irrevocable for the life of the Intellectual Property Agreement.

## [SIGNATURE APPEARS ON FOLLOWING PAGE]

**TRADEMARK**
**REEL: 007035 FRAME: 0746**

IN WITNESS WHEREOF, Grantor has executed this Power of Attorney as a deed, as of the date first set forth above.

REA. DEEMING BEAUTY, INC..

By: _____
Name: *REA ANN SILVA*
Title: *FOUNDER & CEO*

## COMPANY ACKNOWLEDGMENT

UNITED STATES OF AMERICA        :
STATE OF   *California*         :       SS
COUNTY OF  *Los Angeles*        :

On August *12*, 2020, before me personally appeared *Rea Ann Silva* to me known and being duly sworn, deposes and says that s/he is authorized to sign on behalf of Rea. Deeming Beauty, Inc., and that s/he signed the Agreement thereto pursuant to the authority vested in her/him by law; that the within Agreement is the voluntary act of such company; and s/he desires the same to be recorded as such.

ADAM S. GOLDMAN
Notary Public - California
Los Angeles County
Commission # 2316332
My Comm. Expires Jan 13, 2024

Notary Public *Adam S. Goldman*
My Commission Expires: *01-13-2024*

*[Power of Attorney to Intellectual Property Security Agreement]*

**TRADEMARK**
**REEL: 007035 FRAME: 0747**

# TRADEMARK ASSIGNMENT COVER SHEET

Electronic Version v1.1
Stylesheet Version v1.2

ETAS ID: TM851385

| SUBMISSION TYPE: | NEW ASSIGNMENT |
|---|---|
| NATURE OF CONVEYANCE: | SECURITY INTEREST |

## CONVEYING PARTY DATA

| Name | Formerly | Execution Date | Entity Type |
|---|---|---|---|
| Rea.Deeming Beauty, Inc. | | 08/08/2023 | Corporation: CALIFORNIA |

## RECEIVING PARTY DATA

| | |
|---|---|
| Name: | Network Effect Fund Management, LLC |
| Street Address: | 2020 West 89th Street, Suite 305 |
| City: | Leawood |
| State/Country: | KANSAS |
| Postal Code: | 66206 |
| Entity Type: | Limited Liability Company: DELAWARE |

## PROPERTY NUMBERS Total: 28

| Property Type | Number | Word Mark |
|---|---|---|
| Registration Number: | 2945105 | BEAUTYBLENDER |
| Registration Number: | 3190049 | BLENDERCLEANSER |
| Registration Number: | 3291035 | MODERNIZE THE WAY YOU MAKE UP |
| Registration Number: | 4614408 | SUR.FACE |
| Registration Number: | 4570128 | SOLID |
| Registration Number: | 4719164 | BEAUTYBLENDER |
| Registration Number: | 4719170 | THE ORIGINAL BEAUTYBLENDER |
| Registration Number: | 4719175 | BEAUTYBLENDER |
| Registration Number: | 4908115 | MAKEUP'S BEST FRIEND |
| Registration Number: | 4908116 | BODYBLENDER |
| Registration Number: | 5256814 | MAKEUP'S BEST FRIEND |
| Registration Number: | 5751943 | THE LEVELER |
| Registration Number: | 5668153 | BEAUTY.BLUSHER |
| Registration Number: | 5956096 | BEAUTYBLENDER |
| Registration Number: | 5956097 | BEAUTY BLENDER |
| Registration Number: | 5700378 | KEEP.IT.CLEAN |
| Registration Number: | 5628998 | BOUNCE |
| Registration Number: | 5629037 | BOUNCE |
| Registration Number: | 5776467 | OPAL ESSENCE |

OP $715.00 2945105

| Property Type | Number | Word Mark |
|---|---|---|
| Registration Number: | 5657490 | INSTACLEAN |
| Registration Number: | 6263629 | BEAUTY BLENDER |
| Registration Number: | 6263630 | BEAUTY BLENDER |
| Registration Number: | 6836059 | BEAUTY BLENDER |
| Registration Number: | 5686296 | BLENDER DEFENDER |
| Registration Number: | 5765814 | GLASS GLOW |
| Registration Number: | 6846824 | POWER PUFF |
| Registration Number: | 6880957 | BIOPLUSH |
| Serial Number: | 88216831 | BIG BALLER |

**CORRESPONDENCE DATA**

**Fax Number:**

*Correspondence will be sent to the e-mail address first; if that is unsuccessful, it will be sent using a fax number, if provided; if that is unsuccessful, it will be sent via US Mail.*

**Phone:** 2023704750

**Email:** ipteam@cogencyglobal.com

**Correspondent Name:** Rodney Boulware

**Address Line 1:** 1025 Connecticut Ave NW, Suite 712

**Address Line 2:** COGENCY GLOBAL INC.

**Address Line 4:** Washington, D.C. 20036

| ATTORNEY DOCKET NUMBER: | 2174079 TM |
|---|---|
| NAME OF SUBMITTER: | Scott Howard Siegel |
| SIGNATURE: | /Scott Howard Siegel/ |
| DATE SIGNED: | 11/06/2023 |

**Total Attachments: 2**
source=Trademark Assignment for Filing - signed#page2.tif
source=Trademark Assignment for Filing - signed#page3.tif

TRADEMARK
REEL: 008250 FRAME: 0571

# GRANT OF SECURITY INTEREST IN TRADEMARKS

FOR GOOD AND VALUABLE CONSIDERATION, receipt of which is hereby acknowledged Rea.deeming Beauty, Inc., a California corporation ("Grantor"), with offices at 3824 Courtney Street, Suite 190, Bethlehem, PA 18017, hereby grants a security interest in and lien upon the intellectual property described below, as security for amounts due to and assigns to Network Effect Fund Management, LLC, a Delaware corporation ("Grantee"), their successors and assigns, with offices at 2020 West 89th Street, Suite 305, Leawood, KS 66206, the Trademarks as described on the attached Exhibit A, Schedule of Registered Trademarks and Service Marks, incorporated by reference herein.

Termination.  Upon payment and performance in full of all obligations, the security interests created by this agreement shall terminate and Grantee shall promptly execute and deliver to Grantor such documents and instruments reasonably requested by Grantor as shall be necessary to evidence termination of all such security interests given by Grantor to Grantee hereunder, including termination of this Agreement by written notice from Grantee to the United States Patent and Trademark Office (collectively, "Termination Documents").  If Grantee fails or refuses to timely execute the Termination Documents, Grantee hereby agrees, for itself and its successors, assigns, donees, and transferees, to the fullest extent permitted by law, that the President of Grantor is hereby irrevocably appointed Grantee's attorney-in-fact with full authority to execute any Termination Documents requested by Grantor, and to perform all other acts necessary to evidence termination of this agreement.

Grantor also agrees to inform Grantee of any applications for trademarks, trade names, service marks and/or service names that Grantor hereinafter submits to the United States Patent and Trademark Office within seven (7) days of submitting the same.

IN WITNESS THEREOF, Grantor and Grantee have each duly executed this Assignment as of August 8, 2023.

GRANTOR:                                    GRANTEE

**Rea.deeming Beauty, Inc.**                **Network Effect Fund Management, LLC**

By: _____               By: _____
Eric S. Haydt, CFO                          Dan Karas, Chief Credit Officer

Intellectual Property Assignment - Trademarks                           3227-009/1532631

**TRADEMARK
REEL: 008250 FRAME: 0572**

EXHIBIT A
Schedule of Trademarks

| | Mark | Live/Dead | Owner | Serial # | Filed | Reg. # | Registered |
|---|---|---|---|---|---|---|---|
| 1 | Beautyblender | LIVE | Rea.deemin. Beauty, Inc. | 78267224 | 6/26/2003 | 2945105 | 4/26/2005 |
| 2 | Blendercleanser | LIVE | Rea.deemin. Beauty, Inc. | 78593846 | 3/23/2005 | 3190049 | 12/26/2006 |
| 3 | Modernize The Way You Make U; | LIVE | Rea.deemin. Beauty, Inc. | 78962583 | 8/29/2006 | 3291035 | 9/11/2007 |
| 4 | Sur Face | LIVE | Rea.deemin. Beauty, Inc. | 85803490 | 12/14/2012 | 4614408 | 9/30/2014 |
| 5 | Solid | LIVE | Rea.deemin. Beauty, Inc. | 86009240 | 7/12/2013 | 4570128 | 7/15/2014 |
| 6 | Beautyblender | LIVE | Rea.deemin. Beauty, Inc. | 86238617 | 4/1/2014 | 4719164 | 4/14/2015 |
| 7 | The Original Beautyblender | LIVE | Rea.deemin. Beauty, Inc. | 86241638 | 4/3/2014 | 4719170 | 4/14/2015 |
| 8 | Beautyblender | LIVE | Rea.deemin. Beauty, Inc. | 86242868 | 4/4/2014 | 4719175 | 4/14/2015 |
| 9 | Makeu; 'S Best Friend | LIVE | Rea.deemin. Beauty, Inc. | 86689802 | 7/10/2015 | 4908115 | 3/1/2016 |
| 10 | Bodyblender | LIVE | Rea.deemin. Beauty, Inc. | 86689823 | 7/10/2015 | 4908116 | 3/1/2016 |
| 11 | Makeu; 'S Best Friend | LIVE | Rea.deemin. Beauty, Inc. | 86689850 | 7/10/2015 | 5256814 | 8/1/2017 |
| 12 | The Leveler | LIVE | Rea.deemin. Beauty, Inc. | 87460580 | 5/23/2017 | 5751943 | 5/14/2019 |
| 13 | Beauty Blusher | LIVE | Rea.deeming Beauty, Inc. | 87480912 | 6/8/2017 | 5868153 | 2/5/2019 |
| 14 | Beautyblender | LIVE | Rea.deemin. Beauty, Inc. | 87599652 | 9/7/2017 | 5956096 | 1/7/2020 |
| 15 | Beauty Blender | LIVE | Rea.deemin. Beauty, Inc. | 87599661 | 9/7/2017 | 5956097 | 1/7/2020 |
| 16 | Kee; It Clean | LIVE | Rea.deemin. Beauty, Inc. | 87599700 | 9/7/2017 | 5700378 | 3/19/2019 |
| 17 | Bounce | LIVE | Rea.deemin. Beauty Inc. | 87614063 | 9/19/2017 | 5628996 | 12/11/2018 |
| 18 | Bounce | LIVE | Rea.deemin. Beauty, Inc. | 87621378 | 9/25/2017 | 5629037 | 12/11/2018 |
| 19 | O; ai Essence | LIVE | Rea.deemin. Beauty, Inc. | 87679913 | 11/10/2017 | 5776467 | 6/11/2019 |
| 20 | Instaclean | LIVE | Rea.deemin. Beauty, Inc. | 87719941 | 12/13/2017 | 5657490 | 1/15/2019 |
| 21 | Beauty Blender | LIVE | Rea.deemin. Beauty, Inc. | 88037094 | 7/13/2018 | 6263629 | 2/9/2021 |
| 22 | Beauty Blender | LIVE | Rea.deemin. Beauty, Inc. | 88037151 | 7/13/2018 | 6263630 | 2/9/2021 |
| 23 | Beauty Blender | LIVE | Rea.deemin. Beauty, Inc. | 88037187 | 7/13/2018 | 6836059 | 9/6/2022 |
| 24 | Blender Defender | LIVE | Rea.deemin. Beauty, Inc. | 88098074 | 8/29/2018 | 5686296 | 2/26/2019 |
| 25 | Glass Glow | LIVE | Rea.deemin. Beauty, Inc. | 88114754 | 9/12/2018 | 5765814 | 5/28/2019 |
| 26 | Bi; Baller | LIVE | Rea.deemin. Beauty, Inc. | 88216831 | 12/4/2018 | NONE | NONE |
| 27 | Power Puff | LIVE | Rea.deemin. Beauty, Inc. | 87718406 | 12/12/2017 | 6846824 | 9/13/2022 |
| 28 | Bio; lush | LIVE | Rea.deeming Beauty Inc. | 90545284 | 2/24/2021 | 6880957 | 10/18/2022 |

3227-009/1532631

Schedule of Trademarks

Case 1:25-cv-20265-WPD  Document 1-2  Entered on FLSD Docket 12/18/2025  Page 26 of 51

# TRADEMARK ASSIGNMENT COVER SHEET

Electronic Version v1.1
Stylesheet Version v1.2

Assignment ID: TMI443805

| SUBMISSION TYPE: | NEW ASSIGNMENT |
|---|---|
| NATURE OF CONVEYANCE: | SECURITY INTEREST |

### CONVEYING PARTY DATA

| Name | Formerly | Execution Date | Entity Type |
|---|---|---|---|
| REA.DEEMING BEAUTY, INC. D/B/A BEAUTYBLENDER | | 08/16/2024 | Corporation: CALIFORNIA |

### RECEIVING PARTY DATA

| | |
|---|---|
| Company Name: | Dwight Funding LLC |
| Street Address: | 787 Eleventh Avenue |
| Internal Address: | 10th Floor |
| City: | New York |
| State/Country: | NEW YORK |
| Postal Code: | 10019 |
| Entity Type: | Limited Liability Company: DELAWARE |

### PROPERTY NUMBERS Total: 52

| Property Type | Number | Word Mark |
|---|---|---|
| Registration Number: | 4097834 | |
| Registration Number: | 4390577 | AIR.PORT |
| Registration Number: | 3190049 | BLENDERCLEANSER |
| Registration Number: | 3291035 | MODERNIZE THE WAY YOU MAKE UP |
| Registration Number: | 3992452 | |
| Registration Number: | 2945105 | BEAUTYBLENDER |
| Serial Number: | 88037058 | BEAUTY BLENDER |
| Registration Number: | 6836059 | BEAUTY BLENDER |
| Serial Number: | 88042728 | MINIMAL EFFORT, MAXIMUM RESULTS |
| Serial Number: | 88042768 | MINIMAL EFFORT, MAXIMUM RESULTS |
| Serial Number: | 88868656 | ZOOM-FACE |
| Serial Number: | 87480801 | MICRO.MINI |
| Serial Number: | 87679896 | PRE-APP |
| Serial Number: | 87614063 | BOUNCE |
| Serial Number: | 87719941 | INSTACLEAN |
| Serial Number: | 85789400 | BE SPOKE BEAUTY |
| Serial Number: | 87460525 | PRE-TOUCH |

CH $1315.00.00    85121156

| Property Type | Number | Word Mark |
|---|---|---|
| **Registration Number:** | 5956096 | BEAUTYBLENDER |
| **Registration Number:** | 6263630 | BEAUTY BLENDER |
| **Registration Number:** | 6880957 | BIOPLUSH |
| **Registration Number:** | 4719164 | BEAUTYBLENDER |
| **Registration Number:** | 4719170 | THE ORIGINAL BEAUTYBLENDER |
| **Registration Number:** | 4614408 | SUR.FACE |
| **Registration Number:** | 5686296 | BLENDER DEFENDER |
| **Registration Number:** | 6846824 | POWER PUFF |
| **Serial Number:** | 87679902 | POST-APP |
| **Serial Number:** | 88216837 | HIGH ROLLER |
| **Serial Number:** | 88267448 | INVISIFULL |
| **Serial Number:** | 86689859 | REA.ACTIVATE |
| **Registration Number:** | 4701323 | DOWNLOAD.MIX.MATCH. |
| **Serial Number:** | 87718401 | DETAILERS |
| **Serial Number:** | 87460571 | PRE-TOUCH PRIMER |
| **Registration Number:** | 5956097 | BEAUTY BLENDER |
| **Registration Number:** | 5096501 | BLOTTERAZZI |
| **Registration Number:** | 5629037 | BOUNCE |
| **Serial Number:** | 88216831 | BIG BALLER |
| **Registration Number:** | 5256814 | MAKEUP'S BEST FRIEND |
| **Registration Number:** | 5700378 | KEEP.IT.CLEAN |
| **Registration Number:** | 5751943 | THE LEVELER |
| **Registration Number:** | 5765814 | GLASS GLOW |
| **Registration Number:** | 6263629 | BEAUTY BLENDER |
| **Serial Number:** | 88042710 | MINIMAL EFFORT, MAXIMUM RESULTS |
| **Serial Number:** | 88042752 | MINIMAL EFFORT, MAXIMUM RESULTS |
| **Registration Number:** | 4908115 | MAKEUP'S BEST FRIEND |
| **Registration Number:** | 4908116 | BODYBLENDER |
| **Serial Number:** | 87460583 | SELFIE SHIELD |
| **Serial Number:** | 88158555 | PROFOLIO |
| **Serial Number:** | 87679886 | PRO TOUCH |
| **Registration Number:** | 5668153 | BEAUTY.BLUSHER |
| **Registration Number:** | 4719175 | BEAUTYBLENDER |
| **Registration Number:** | 5776467 | OPAL ESSENCE |
| **Registration Number:** | 4570128 | SOLID |

**CORRESPONDENCE DATA**
**Fax Number:**        3146215065

***Correspondence will be sent to the e-mail address first; if that is unsuccessful, it will be sent using a fax number, if provided; if that is unsuccessful, it will be sent via US Mail.***

| | |
|---|---|
| **Phone:** | 2122094440 |
| **Email:** | iptm@atllp.com,ddiamondwood@atllp.com |
| **Correspondent Name:** | Jeffrey A. Wurst |
| **Address Line 1:** | 7 Times Square |
| **Address Line 2:** | 44th Floor |
| **Address Line 4:** | New York, NEW YORK 10036 |

| | |
|---|---|
| **ATTORNEY DOCKET NUMBER:** | 40446-148 |
| **NAME OF SUBMITTER:** | DANIELLE DIAMOND-WOOD |
| **SIGNATURE:** | DANIELLE DIAMOND-WOOD |
| **DATE SIGNED:** | 08/21/2024 |

**Total Attachments: 19**
source=BeautyBlender.ExecDocs.IPSA.2024.8.16#page1.tiff
source=BeautyBlender.ExecDocs.IPSA.2024.8.16#page2.tiff
source=BeautyBlender.ExecDocs.IPSA.2024.8.16#page3.tiff
source=BeautyBlender.ExecDocs.IPSA.2024.8.16#page4.tiff
source=BeautyBlender.ExecDocs.IPSA.2024.8.16#page5.tiff
source=BeautyBlender.ExecDocs.IPSA.2024.8.16#page6.tiff
source=BeautyBlender.ExecDocs.IPSA.2024.8.16#page7.tiff
source=BeautyBlender.ExecDocs.IPSA.2024.8.16#page8.tiff
source=BeautyBlender.ExecDocs.IPSA.2024.8.16#page9.tiff
source=BeautyBlender.ExecDocs.IPSA.2024.8.16#page10.tiff
source=BeautyBlender.ExecDocs.IPSA.2024.8.16#page11.tiff
source=BeautyBlender.ExecDocs.IPSA.2024.8.16#page12.tiff
source=BeautyBlender.ExecDocs.IPSA.2024.8.16#page13.tiff
source=BeautyBlender.ExecDocs.IPSA.2024.8.16#page14.tiff
source=BeautyBlender.ExecDocs.IPSA.2024.8.16#page15.tiff
source=BeautyBlender.ExecDocs.IPSA.2024.8.16#page16.tiff
source=BeautyBlender.ExecDocs.IPSA.2024.8.16#page17.tiff
source=BeautyBlender.ExecDocs.IPSA.2024.8.16#page18.tiff
source=BeautyBlender.ExecDocs.IPSA.2024.8.16#page19.tiff

# INTELLECTUAL PROPERTY SECURITY AGREEMENT

This Intellectual Property Security Agreement (as the same may from time to time be amended, restated, joined, extended, supplemented and/or otherwise modified from time to time, this "IP Security Agreement") is made and effective as of August 16 2024 by REA.DEEMING BEAUTY INC. D/B/A/ BEAUTYBLENDER, a corporation organized and existing under and pursuant to the laws of the State of California (the "Grantor"), with a principal address of 2020 Highland Ave, Bethlehem, PA 18020, in favor of DWIGHT FUNDING LLC, a limited liability company organized and existing under and pursuant to the laws of the State of Delaware (the "Lender"), with a principal address of 787 Eleventh Ave., 10th floor, New York, NY 10019. Capitalized terms used in this IP Security Agreement and not otherwise defined shall have the respective meanings ascribed to such terms in the LSA (defined below).

# RECITALS

A.      Grantor has requested that the Lender from time to time extend credit or otherwise make financial accommodations available to it, including, without limitation, pursuant to the terms of that certain Loan and Security Agreement dated as of even date herewith, between the Grantor and the Lender (as the same may from time to time be amended, restated, supplemented, or otherwise modified from time to time, the "LSA");

B.      Under the terms of the LSA and the Other Documents (collectively, the "Loan Documents"), Grantor has granted to Lender, a security interest in substantially all of Grantor's assets, and agrees as a condition thereof to execute this IP Security Agreement for recording with the United States Patent and Trademark Office, the United States Copyright Office and any other Governmental Body; and

**NOW, THEREFORE**, in consideration of the willingness of the Lender to enter into the LSA and to agree, subject to the terms and conditions set forth therein, to make the Advances to the Grantor pursuant thereto, and for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, it is hereby agreed as follows:

1.      Grant of Security Interest.  To secure all of Grantor's Indebtedness under the Loan Documents, Grantor hereby grants to Lender, a continuing security interest in and to all of the right, title and interest of Grantor in and to any and all of the following collateral, whether now owned or hereafter acquired by Grantor (collectively, the "Intellectual Property Collateral"):

   a.   The U.S and foreign copyrights, associated copyright registrations and applications for copyright registration, set forth on Schedule A attached hereto (collectively, the "Copyrights");

   b.   The U.S. and foreign patents and patent applications set forth on Schedule B attached hereto, including, without limitation, divisions, continuations, reissues, extensions and continuations-in-part of the same (collectively, the "Patents");

   c.   The U.S., state and foreign trademark and service mark registrations, trademark and service mark applications, and unregistered trade names and trademarks, set forth on Schedule C attached hereto, including, without limitation, all common-law rights related to, and goodwill of the business associated with the foregoing (collectively, the "Trademarks");

   d.   The domain names and registrations set forth on Schedule D attached hereto and all

36458514

73611-00025/5261491.2

goodwill associated with the foregoing (collectively, the "Domain Names");

    e.   Any and all claims and causes of action for past, present or future infringement of any of the foregoing, with the right, but not the obligation, to sue for and collect damages for infringement of the foregoing;

    f.   Any and all licenses or rights granted under any of the foregoing, and all license fees and royalties arising from such licenses or rights, in each case to the extent permitted by such licenses or rights;

    g.   Any and all amendments, renewals, extensions, reissuances and replacements of any of the foregoing; and

    h.   Any and all products and proceeds of any of the foregoing.

    2.    Notwithstanding anything contained in this IP Security Agreement or any of the Loan Documents to the contrary, the term "Intellectual Property Collateral" shall not include any application for trademarks and service marks filed in the United States Patent and Trademark Office pursuant to 15 U.S.C. § 1051 Section 1(b), unless and until evidence of the use of such trademark or service mark in interstate commerce is submitted to the United States Patent and Trademark Office pursuant to 15 U.S.C. § 1051 Section 1(c) or 1(d).

    3.    Requested Recordation.  Grantor authorizes and requests that the Register of Copyrights and the Commissioner of Patents and Trademarks (and any state, foreign or other authority to which this IP Security Agreement is submitted) file and record this IP Security Agreement (and any corresponding or separate forms of such jurisdiction) in order to publicly reflect the interests of the Lender in the Intellectual Property Collateral.

    4.    Assignment.  Upon the occurrence of an Event of Default, ( subject to the applicable notice and cure periods therein). Grantor shall, upon request by the Lender, execute and deliver to the Lender an absolute assignment transferring its entire right, title, and interest in and to the Intellectual Property Collateral to the Lender.

    5.    Power of Attorney.  Grantor hereby irrevocably grants to the Lender a power of attorney to act as Grantor's attorney-in-fact, with full authority in the name, place and stead of Grantor, from time to time in the Lender's reasonable discretion, to take any action and to execute any instrument that the Lender may reasonably deem necessary or advisable to accomplish the purposes of this IP Security Agreement (provided that no such action shall be taken unless an Event of Default exists).  This authority includes, without limitation, the following:

    a.   Upon the occurrence and during the continuation of an Event of Default, (subject to the applicable notice and cure periods therein), to execute, file and pursue any application, form or other document in order to perfect, maintain, continue or otherwise protect the Lender's interest or Grantor's rights in the Collateral, including, without limitation, executing and filing (i) any financing statement, any continuation statement or any amendment thereto, and (ii) any document in any proceeding before the United States Patent and Trademark Office, the United States Copyright Office or the relevant office of any state or foreign jurisdiction (including, without limitation, the filing of applications for renewal, affidavits of use, affidavits of incontestability and opposition, interference and cancellation proceedings) and to pay any fees and taxes in connection therewith or

otherwise; *provided*, *however*, unless an Event of Default has occurred and is continuing, Lender will not take any actions which result in an assignment or transfer of title of such Intellectual Property Collateral to Lender. Notwithstanding the foregoing, unless an Event of Default (subject to the applicable notice and cure periods therein) has occurred and is continuing, Lender shall not undertake prosecution of any pending patent application listed in <u>Schedule B</u> before the United States Patent and Trademark Office; responsibility for such prosecution of any pending patent application listed on <u>Schedule B</u> shall remain with the Grantor's attorney of record before the United States Patent and Trademark Office;

b.  To execute any document required to acknowledge, register or perfect the interest of Lender in any part of the Intellectual Property Collateral without the signature of Grantor unless prohibited by applicable law; and

c.  Upon the occurrence and during the continuation of an Event of Default, (subject to the applicable notice and cure periods therein) to (i) endorse Grantor's name on all applications, documents, papers and instruments necessary or desirable for Lender in the use of the Intellectual Property Collateral, pursuant to the LSA, and (ii) take any other actions with respect to the Intellectual Property Collateral as Lender reasonably deems to be in the best interest of itself.

d.  The foregoing power of attorney is coupled with an interest and is irrevocable until the Indebtedness secured hereby has been unconditionally and indefeasibly paid and performed in full (other than contingent indemnification obligations for which claims have not been asserted), the LSA has been terminated (except for any obligations designated thereunder as continuing on an unsecured basis) and all commitments of Lender to make Advances have been terminated.

6.  <u>Release</u>. Unless otherwise agreed in writing by the parties, the security interests granted herein will terminate (and all rights to the Intellectual Property Collateral will revert to Grantor) upon satisfaction of the following conditions: (a) payment and performance in full of all the Indebtedness (other than contingent indemnification obligations for which claims have not been asserted) secured hereby unconditionally and indefeasibly and (b) the termination of the LSA (except for any obligations designated thereunder as continuing on an unsecured basis). Upon any such termination, the Lender (at the Grantor's request and sole expense) will promptly execute and deliver to the Grantor (with such customary representations and warranties from a secured lender releasing its lien as the Grantor may reasonably request) such documents as the Grantor may reasonably request and as are provided to the Lender to evidence such termination, for recordation with the United States Patent and Trademark Office, the United States Copyright Office and any other Governmental Body. Immediately thereafter the deliveries set forth in the immediate preceding sentence, this IP Security Agreement shall terminate.

7.  <u>Newly Applied For or Newly Registered Copyrights, Patents, Trademarks and Domain Names</u>. Until such time as this IP Security Agreement is terminated, Grantor shall provide the Lender prompt written notice of each newly applied for or newly registered Copyrights, Patents, Trademarks and Domain Names (if any) owned by Grantor.

8.  <u>Miscellaneous</u>.

a.  This IP Security Agreement has been entered into in conjunction with the provisions of and the security interest granted to Lender under the Loan Documents. The rights and remedies of the Grantor and the Lender with respect to the security interests granted

herein are in addition and without prejudice to those set forth in the Loan Documents, all terms and provisions of which are hereby incorporated herein by reference.  In the event that any provisions of this IP Security Agreement are deemed to conflict with the Loan Documents, the provisions of the Loan Documents shall govern.

b.   This IP Security Agreement may be executed in multiple counterparts, each of which shall be an original but all of which together shall constitute one and the same instrument. This IP Security Agreement may be signed by facsimile signatures or other electronic delivery of an image file reflecting the execution hereof, and, if so signed:  (A) may be relied on by each party as if the document were a manually signed original and (B) will be binding on each party for all purposes.

c.   All rights and liabilities hereunder shall be governed and limited by and construed in accordance with the local laws of the State of New York (without regard to New York choice of law or conflicts of law principles).

[REMAINDER OF PAGE INTENTIONALLY BLANK; SIGNATURE PAGE FOLLOWS]

TRADEMARK
REEL: 008555 FRAME: 0134

**IN WITNESS WHEREOF**, the parties hereto have executed this IP Security Agreement as of the date first written above.

**GRANTOR**:

**REA.DEEMING BEAUTY INC.**

By: _____

Rea Ann Silva, CEO

**LENDER:**

**DWIGHT FUNDING LLC**

By: _____

Ben Brachot, Managing Director

**SCHEDULE A**

**COPYRIGHT COLLATERAL**

| Owner | Full Title | Reg. No. | Reg Date | Type of Work |
|-------|-----------|----------|----------|--------------|
| Rea.deeming Beauty Inc. dba Beautyblender | Hot Pink beautyblender Sponge. | VA0001847783 | 11/21/2012 | Visual Material |
| Rea.deeming Beauty Inc. dba Beautyblender | Pure beautyblender Sponge. | VA0001847838 | 11/21/2012 | Visual Material |

898521

**TRADEMARK**
**REEL: 008555 FRAME: 0136**

# SCHEDULE B

## PATENT COLLATERAL

| Owner | Country | Title | App. No. | App. Date | Patent No. | Issue Date | Status |
|-------|---------|-------|----------|-----------|------------|------------|--------|
| Rea.deeming Beauty Inc. d/b/a Beautyblender | US | Cosmetic Application Tool and Container System and Method | 14/176,849 | 02/10/2014 | 9226563 | 01/05/2016 | Active |
| Rea.deeming Beauty Inc. d/b/a Beautyblender | US | Cosmetics Spatula | 29/543,277 | 10/22/2015 | D785238 | 04/25/2017 | Active |
| Rea.deeming Beauty Inc. d/b/a Beautyblender | US | Makeup tool | 29552719 | 01/25/2016 | D788977 | 06/06/2017 | Active |
| Rea.deeming Beauty Inc. d/b/a Beautyblender | US | Blotting sponge | 29546606 | 11/24/2015 | D800961 | 10/24/2017 | Active |
| Rea.deeming Beauty Inc. d/b/a Beautyblender | US | Container | 29556321 | 02/29/2016 | D800966 | 10/24/2017 | Active |
| Rea.deeming Beauty Inc. d/b/a Beautyblender | US | Foundation pump | 29642583 | 03/30/2018 | D846997 | 04/30/2019 | Active |
| Rea.deeming Beauty Inc. d/b/a Beautyblender | US | Container | 29617608 | 09/14/2017 | D850005 | 05/28/2019 | Active |
| Rea.deeming Beauty Inc. d/b/a Beautyblender | US | Cosmetic tool with rolling applicator | 29686144 | 04/02/2019 | D861245 | 09/24/2019 | Active |
| Rea.deeming Beauty Inc. d/b/a Beautyblender | US | Container for cosmetic sponge applicator | 29659262 | 08/07/2018 | D866864 | 11/12/2019 | Active |
| Rea.deeming Beauty Inc. d/b/a Beautyblender | US | Makeup too and applicator | 29572222 | 07/26/2016 | D822169 | 04/21/2020 | Active |

Schedule B to IP Security Agreement

898521

73611-00025/5261491.2

TRADEMARK
REEL: 008555 FRAME: 0137

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Rea.deeming Beauty Inc. d/b/a Beautyblender | US | Cosmetic tool with rolling applicator | 29702912 | 08/22/2019 | D878674 | 03/17/2020 | Active |
| Rea.deeming Beauty Inc. d/b/a Beautyblender | US | Cosmetic tool with rolling applicator | 29724302 | 02/13/2020 | D895202 | 09/01/2020 | Active |
| Rea.deeming Beauty Inc. d/b/a Beautyblender | US | Container for cosmetic sponge applicator | 29679778 | 02/08/2019 | D921988 | 06/08/2021 | Active |
| Rea.deeming Beauty Inc. d/b/a Beautyblender | US | Foundation Pump | 29642585 | 03/30/2018 | D852058 | 06/25/2019 | Active |
| Rea.deeming Beauty Inc. d/b/a Beautyblender | US | Cosmetic Blotting Tool and Container System and Method | 16600111 | 10/11/2019 | | | Inactive |
| Rea.deeming Beauty Inc. d/b/a Beautyblender | US | Cosmetic Blotting Tool and Container System and Method | 15056941 | 02/26/2019 | 10441058 | 10/15/2019 | Active |
| Rea.deeming Beauty Inc. d/b/a Beautyblender | US | Container and dispenser system and apparatus | 17231709 | 04/15/2021 | 11510476 | 11/29/2022 | Active |
| Rea.deeming Beauty Inc. d/b/a Beautyblender | US | Container and dispenser system and apparatus | 17973837 | 10/26/2022 | 11812838 | 11/14/2023 | Active |
| Rea.deeming Beauty Inc. d/b/a Beautyblender | US | Container for cosmetic sponge applicator | 17887896 | 08/15/2022 | 11819106 | 11/21/2023 | Active |
| Rea.deeming Beauty Inc. d/b/a Beautyblender | US | Container and dispenser system and apparatus | 16369836 | 03/29/2019 | 11006724 | 05/18/2021 | Active |
| Rea.deeming Beauty Inc. d/b/a Beautyblender | US | Container for cosmetic sponge applicator | 16271756 | 08/08/2019 | 11432634 | 09/06/2022 | Active |
| Rea.deeming Beauty Inc. d/b/a Beautyblender | US | Cosmetic applicator tool and container system | 15402979 | 01/10/2017 | 11241075 | 02/08/2022 | Active |

Schedule B to IP Security Agreement

898521

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Rea.deeming Beauty Inc. d/b/a Beautyblender | US | Container for Cosmetic Sponge Applicator | 16785481 | 02/07/2020 | 11234503 | 02/01/2022 | Active |
| Rea.deeming Beauty Inc. d/b/a Beautyblender | US | Container for Cosmetic Sponge Applicator | 17562516 | 12/27/2021 | 11910905 | 02/27/2024 | Active |
| Rea.deeming Beauty Inc. d/b/a Beautyblender | US | Makeup Tool and Applicator | 17864248 | 07/13/2022 | 11771199 | 10/03/2023 | Active |
| Rea.deeming Beauty Inc. d/b/a Beautyblender | US | Color Changing Cosmetic Tool | 17527462 | 11/16/2021 | 11607025 | 03/21/2023 | Active |
| Rea.deeming Beauty Inc. d/b/a Beautyblender | US | Color Changing Cosmetic Tool | 16917724 | 06/30/2020 | 11202491 | 12/21/2021 | Active |
| Rea.deeming Beauty Inc. d/b/a Beautyblender | US | Color Changing Cosmetic Tool | 18117413 | 0\3/04/2023 | 11963601 | 04/23/2024 | Active |

Schedule B to IP Security Agreement

898521

73611-00025/5261491.2

**TRADEMARK**
**REEL: 008555 FRAME: 0139**

## **FOREIGN PATENT COLLATERAL**

| Owner | Country | Title | App. No. | App. Date | Pat. No. | Issue Date | |
|---|---|---|---|---|---|---|---|
| Rea.deeming Beauty Inc. d/b/a Beautyblender | CA | Makeptool with Applicator | CA186019S | 02/07/2019 | | | |
| Rea.deeming Beauty Inc. d/b/a Beautyblender | CA | Container for Cosmetic Sponge Applicator | CA185990S | 07/13/2020 | | | |

898521

73611-00025/5261491.2

**TRADEMARK**
**REEL: 008555 FRAME: 0140**

# SCHEDULE C

## TRADEMARKS AND TRADE NAMES
## UNITED STATES TRADEMARKS

| Owner | Country | Trademark | App. No. | App. Date | Reg. No. | Reg. Date | Status |
|---|---|---|---|---|---|---|---|
| Rea.deeming Beauty Inc. d/b/a Beautyblender | US |  | 85/121156 | 09/01/2010 | 4097834 | 02/14/2012 | Inactive |
| Rea.deeming Beauty Inc. d/b/a Beautyblender | US | air.port | 85/653375 | 06/15/2012 | 4390577 | 08/27/2013 | Inactive |
| Rea.deeming Beauty Inc. d/b/a Beautyblender | US | BLENDERCLEANSER | 78/593846 | 03/23/2005 | 3190049 | 12/26/2006 | Active |
| Rea.deeming Beauty Inc. d/b/a Beautyblender | US | MODERNIZE THE WAY YOU MAKE UP | 78/962583 | 08/29/2006 | 3291035 | 09/11/2007 | Active |
| Rea.deeming Beauty Inc. d/b/a Beautyblender | US |  | 85091937 | 07/23/2010 | 3992452 | 07/12/2011 | Inactive |
| Rea.deeming Beauty Inc. d/b/a Beautyblender | US | BEAUTYBLENDER | 78267224 | 06/26/2003 | 2945105 | 04/26/2005 | Active |
| Rea.deeming Beauty Inc. d/b/a Beautyblender | US |  | 88037058 | 07/13/2018 | | | Inactive |

898521

73611-00025/5261491.2

**TRADEMARK**
**REEL: 008555 FRAME: 0141**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Rea.deeming Beauty Inc. d/b/a Beautyblender | US |  | 88037187 | 07/13/2018 | 6836059 | 09/06/2022 | Active |
| Rea.deeming Beauty Inc. d/b/a Beautyblender | US | MINIMAL EFFORT, MAXIMUM RESULTS | 88042728 | 07/18/2018 | | | Inactive |
| Rea.deeming Beauty Inc. d/b/a Beautyblender | US | MINIMAL EFFORT, MAXIMUM RESULTS | 88042768 | 07/18/2018 | | | Inactive |
| Rea.deeming Beauty Inc. d/b/a Beautyblender | US | ZOOM-FACE | 88868656 | 04/12/2020 | | | Inactive |
| Rea.deeming Beauty Inc. d/b/a Beautyblender | US | MICRO.MINI | 87480801 | 06/08/2017 | | | Inactive |
| Rea.deeming Beauty Inc. d/b/a Beautyblender | US | BEAUTYBLENDER | 89599652 | 09/07/2017 | 5956096 | 01/07/2020 | Active |
| Rea.deeming Beauty Inc. d/b/a Beautyblender | US | PRE-APP | 87679896 | 11/10/2017 | | | Inactive |
| Rea.deeming Beauty Inc. d/b/a Beautyblender | US | BOUNCE | 87614063 | 09/19/2017 | 5628998 | 12/11/2018 | Active |
| Rea.deeming Beauty Inc. d/b/a Beautyblender | US | INSTACLEAN | 87719941 | 12/13/2017 | 5657490 | 01/15/2019 | Active |
| Rea.deeming Beauty Inc. d/b/a Beautyblender | US | BE SPOKE BEAUTY | 85789400 | 11/28/2012 | | | Inactive |

898521

73611-00025/5261491.2

**TRADEMARK**
**REEL: 008555 FRAME: 0142**

| Rea.deeming Beauty Inc. d/b/a Beautyblender | US | PRE-TOUCH | 87460525 | 05/23/2017 | | | Inactive |
|---|---|---|---|---|---|---|---|
| Rea.deeming Beauty Inc. d/b/a Beautyblender | US | BEAUTY BLENDER | 88037151 | 07/13/2018 | 6263630 | 02/19/2021 | Active |
| Rea.deeming Beauty Inc. d/b/a Beautyblender | US | BIOPLUSH | 90545284 | 02/24/2021 | 6880957 | 10/18/2022 | Active |
| Rea.deeming Beauty Inc. d/b/a Beautyblender | US | BEAUTYBLENDER | 86238817 | 04/01/2014 | 4719164 | 04/14/2015 | Active |
| Rea.deeming Beauty Inc. d/b/a Beautyblender | US |  | 86241638 | 04/03/2014 | 4719170 | 04/14/2015 | Active |
| Rea.deeming Beauty Inc. d/b/a Beautyblender | US | SUR.FACE | 85803490 | 12/14/2012 | 4614408 | 09/30/2014 | Active |
| Rea.deeming Beauty Inc. d/b/a Beautyblender | US | BLENDER DEFENDER | 88098074 | 08/29/2018 | 5686296 | 02/26/2019 | Active |
| Rea.deeming Beauty Inc. d/b/a Beautyblender | US | POST-APP | 87679902 | 11/10/2017 | | | Inactive |
| Rea.deeming Beauty Inc. d/b/a Beautyblender | US | POWER PUFF | 87718406 | 12/12/2017 | 6846824 | 09/13/2022 | Active |

898521

**TRADEMARK**
**REEL: 008555 FRAME: 0143**