# Exhibit 1

# PART 2 of 2

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Rea.deeming Beauty Inc. d/b/a Beautyblender | US | HIGH ROLLER | 88216837 | 12/04/2018 | | | Inactive |
| Rea.deeming Beauty Inc. d/b/a Beautyblender | US | INVISIFULL | 88267448 | 01/18/2019 | | | Inactive |
| Rea.deeming Beauty Inc. d/b/a Beautyblender | US | REA.ACTIVATE | 86689859 | 07/10/2015 | | | Inactive |
| Rea.deeming Beauty Inc. d/b/a Beautyblender | US | DOWNLOAD.MIX.MATCH. | 86237376 | 03/31/2014 | 4701323 | 03/10/2015 | Inactive |
| Rea.deeming Beauty Inc. d/b/a Beautyblender | US | DETAILERS | 87718401 | 12/12/2017 | | | Inactive |
| Rea.deeming Beauty Inc. d/b/a Beautyblender | US | PRE-TOUCH PRIMER | 87460571 | 05/23/2017 | | | Inactive |
| Rea.deeming Beauty Inc. d/b/a Beautyblender | US | BEAUTY BLENDER | 87599661 | 09/07/2017 | 5956097 | 01/07/23020 | Active |
| Rea.deeming Beauty Inc. d/b/a Beautyblender | US | BLOTTERAZZI | 86689867 | 07/10/2015 | 5096501 | 12/06/2016 | Inactive |
| Rea.deeming Beauty Inc. d/b/a Beautyblender | US | BOUNCE | 87621378 | 09/25/2017 | 5629037 | 12/11/2018 | Active |

898521

73611-00025/5261491.2

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Rea.deeming Beauty Inc. d/b/a Beautyblender | US | BIG BALLER | 88216831 | 12/04/2018 | | | Active |
| Rea.deeming Beauty Inc. d/b/a Beautyblender | US | MAKEUP'S BEST FRIEND | 86689850 | 07/10/2015 | 5256814 | 08/01/2017 | Inactive |
| Rea.deeming Beauty Inc. d/b/a Beautyblender | US | KEEP.IT.CLEAN | 87599700 | 09/07/2017 | 5700378 | 03/19/2019 | Active |
| Rea.deeming Beauty Inc. d/b/a Beautyblender | US | THE LEVELER | 87460580 | 05/23/2017 | 5751943 | 05/14/2019 | Active |
| Rea.deeming Beauty Inc. d/b/a Beautyblender | US | GLASS GLOW | 88114754 | 09/12/2018 | 5765814 | 05/28/2019 | Active |
| Rea.deeming Beauty Inc. d/b/a Beautyblender | US | beauty blender (design) | 88037094 | 07/13/2018 | 6263629 | 02/09/2021 | Active |
| Rea.deeming Beauty Inc. d/b/a Beautyblender | US | MINIMAL EFFORT, MAXIMUM RESULTS | 88042710 | 07/18/2018 | | | Inactive |
| Rea.deeming Beauty Inc. d/b/a Beautyblender | US | MINIMAL EFFORT, MAXIMUM RESULTS | 88042752 | 07/18/2018 | | | Inactive |
| Rea.deeming Beauty Inc. d/b/a Beautyblender | US | MAKEUP'S BEST FRIEND | 86689802 | 07/10/2015 | 4908115 | 03/01/2016 | Active |

898521

73611-00025/5261491.2

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Rea.deeming Beauty Inc. d/b/a Beautyblender | US | BODYBLENDER | 86689823 | 07/10/2015 | 4908116 | 03/01/2016 | Active |
| Rea.deeming Beauty Inc. d/b/a Beautyblender | US | SELFIE SHIELD | 87460583 | 05/23/2017 | | | Inactive |
| Rea.deeming Beauty Inc. d/b/a Beautyblender | US | PROFOLIO | 88158555 | 10/17/2018 | | | Inactive |
| Rea.deeming Beauty Inc. d/b/a Beautyblender | US | PRO TOUCH | 87679886 | 11/10/2017 | | | Inactive |
| Rea.deeming Beauty Inc. d/b/a Beautyblender | US | BEAUTY.BLUSHER | 87480912 | 06/08/2017 | 5668153 | 02/05/2019 | Active |
| Rea.deeming Beauty Inc. d/b/a Beautyblender | US | beautyblender | 86242868 | 04/04/2014 | 4719175 | 04/14/2015 | Active |
| Rea.deeming Beauty Inc. d/b/a Beautyblender | US | OPAL ESSENCE | 87679913 | 11/10/2017 | 5776467 | 06/11/2019 | Active |
| Rea.deeming Beauty Inc. d/b/a Beautyblender | US | SOLID | 86009240 | 07/12/2013 | 4570128 | 07/15/2014 | Active |

898521

73611-00025/5261491.2

898521

73611-00025/5261491.2

**TRADEMARK**
**REEL: 008555 FRAME: 0147**

## FOREIGN TRADEMARKS

| Owner | Country | Trademark | App. No. | App. Date | Reg. No. | Reg. Date |
|---|---|---|---|---|---|---|
| Rea.deeming Beauty Inc. d/b/a Beautyblender | WIPO | [logo] | | | 1379426 | 10/17/2017 |
| Rea.deeming Beauty Inc. d/b/a Beautyblender | COL | [logo] | | | 1379426 | 10/17/2017 |
| Rea.deeming Beauty Inc. d/b/a Beautyblender | MAR | [logo] | | | 1379426 | 10/17/2017 |
| Rea.deeming Beauty Inc. d/b/a Beautyblender | WIPO | BLOTTERAZZI | | | 1292911 | 01/08/2016 |
| Rea.deeming Beauty Inc. d/b/a Beautyblender | WIPO | MAKEUP'S BEST FRIEND | | | 1289628 | 01/08/2016 |
| Rea.deeming Beauty Inc. d/b/a Beautyblender | WIPO | THE LEVELER | | | 1382520 | 11/20/2017 |
| Rea.deeming Beauty Inc. d/b/a Beautyblender | WIPO | MINIMAL EFFORT, MAXIMUM RESULTS | | | 1426348 | 08/15/2018 |
| Rea.deeming Beauty Inc. d/b/a Beautyblender | WIPO | MAKEUP'S BEST FRIEND | | | 1288017 | 01/08/2016 |

## SCHEDULE D

## DOMAIN NAMES

Tps://beautyblender.com/ht



# beautyblender

| | |
|---|---|
| **Reg. No. 4,719,164** | REA.DEEMING BEAUTY, INC. (CALIFORNIA CORPORATION), DBA BEAUTYBLENDER |
| **Registered Apr. 14, 2015** | SUITE 280<br>3864 COURTNEY STREET<br>BETHLEHEM, PA 18017 |
| **Int. Cls.: 3, 18 and 21** | |

**TRADEMARK**

**PRINCIPAL REGISTER**

FOR: NON-MEDICATED CLEANSERS, NAMELY, CLEANSER FOR CLEANING COSMETIC SPONGE APPLICATORS AND MAKE UP BRUSHES, IN CLASS 3 (U.S. CLS. 1, 4, 6, 50, 51 AND 52).

FIRST USE 7-1-2005; IN COMMERCE 7-1-2005.

FOR: COSMETIC CASES SOLD EMPTY; TRAVEL CASES; VANITY CASES SOLD EMPTY; POUCHES FOR HOLDING MAKEUP ACCESSORIES SOLD EMPTY; MAKEUP ACCESSORY CARRYING CASES SOLD EMPTY, IN CLASS 18 (U.S. CLS. 1, 2, 3, 22 AND 41).

FIRST USE 1-1-2012; IN COMMERCE 1-1-2012.

FOR: SPONGE APPLICATOR FOR APPLYING MAKEUP; SPONGES USED FOR APPLYING MAKEUP; SPONGE HOLDERS; COSMETIC STORAGE KITS INCLUDING A PALETTE EMPTY OF COSMETICS USED FOR COLOR MATCHING PURPOSES AND STORAGE OF CUSTOMIZED COSMETIC BLENDS IN A NONMETAL STORAGE CONTAINER; COSMETIC BLENDING SPONGE KITS COMPRISING SPONGES FOR APPLYING MAKEUP AND SPONGE CLEANSER; TOOLS FOR SKIN CARE, NAMELY, MAKEUP BRUSHES, IN CLASS 21 (U.S. CLS. 2, 13, 23, 29, 30, 33, 40 AND 50).

FIRST USE 7-1-2004; IN COMMERCE 7-1-2004.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NO. 2,945,105.

SER. NO. 86-238,817, FILED 4-1-2014.

MARK SPARACINO, EXAMINING ATTORNEY



Director of the United States
Patent and Trademark Office

---

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL
TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE
DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

---

**Requirements in the First Ten Years***
**What and When to File:**

> *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. *See* 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

> *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between the 9th and 10th years after the registration date.*
> *See* 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

> You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

*****ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. *See* 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. *See* 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE:** Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at http://www.uspto.gov.

**NOTE:** A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at http://www.uspto.gov.

# United States of America
## United States Patent and Trademark Office

**the original beautyblender**

**Reg. No. 4,719,170**
**Registered Apr. 14, 2015**
**Int. Cls.: 3, 18 and 21**

**TRADEMARK**

**PRINCIPAL REGISTER**



Michelle K. Lee
Director of the United States
Patent and Trademark Office

REA.DEEMING BEAUTY, INC. (CALIFORNIA CORPORATION), DBA BEAUTYBLENDER
SUITE 280
3864 COURTNEY STREET
BETHLEHEM, PA 18017

FOR: NON-MEDICATED CLEANSERS, NAMELY, CLEANSER FOR CLEANING COSMETIC SPONGE APPLICATORS AND MAKE UP BRUSHES, IN CLASS 3 (U.S. CLS. 1, 4, 6, 50, 51 AND 52).

FIRST USE 7-1-2005; IN COMMERCE 7-1-2005.

FOR: COSMETIC CASES SOLD EMPTY; TRAVEL CASES; VANITY CASES SOLD EMPTY; POUCHES FOR HOLDING MAKEUP ACCESSORIES SOLD EMPTY; MAKEUP ACCESSORY CARRYING CASES SOLD EMPTY, IN CLASS 18 (U.S. CLS. 1, 2, 3, 22 AND 41).

FIRST USE 1-1-2012; IN COMMERCE 1-1-2012.

FOR: SPONGE APPLICATOR FOR APPLYING MAKEUP; SPONGES USED FOR APPLYING MAKEUP; SPONGE HOLDERS; COSMETIC STORAGE KITS INCLUDING A PALETTE EMPTY OF COSMETICS USED FOR COLOR MATCHING PURPOSES AND STORAGE OF CUSTOMIZED COSMETIC BLENDS IN A NONMETAL STORAGE CONTAINER; COSMETIC BLENDING SPONGE KITS COMPRISING SPONGES FOR APPLYING MAKEUP AND SPONGE CLEANSER; TOOLS FOR SKIN CARE, NAMELY, COSMETIC BRUSHES, IN CLASS 21 (U.S. CLS. 2, 13, 23, 29, 30, 33, 40 AND 50).

FIRST USE 7-1-2004; IN COMMERCE 7-1-2004.

OWNER OF U.S. REG. NO. 2,945,105.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "ORIGINAL", APART FROM THE MARK AS SHOWN.

THE MARK CONSISTS OF THE WORD "THE" IN CURSIVE FONT TO THE LEFT OF THE WORD "ORIGINAL" IN NONCURSIVE FONT, BOTH OF SAID WORDS POSITIONED ABOVE THE WORD "BEAUTYBLENDER" WHICH IS IN LARGER FONT. THE WORDS "ORIGINAL" AND "BEAUTYBLENDER" ARE IN THE SAME FONT.

Reg. No. 4,719,170  SER. NO. 86-241,638, FILED 4-3-2014.

MARK SPARACINO, EXAMINING ATTORNEY

---

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL
TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE
DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

---

**Requirements in the First Ten Years***
**What and When to File:**

>  *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. *See* 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

> *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.*
> *See* 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

> You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

***ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. *See* 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. *See* 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE:** Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at http://www.uspto.gov.

**NOTE:** A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at http://www.uspto.gov.

# United States of America
## United States Patent and Trademark Office

# beautyblender

**Reg. No. 4,719,175**
**Registered Apr. 14, 2015**
**Int. Cls.: 3, 18 and 21**

**TRADEMARK**

**PRINCIPAL REGISTER**

REA.DEEMING BEAUTY, INC. (CALIFORNIA CORPORATION), DBA BEAUTYBLENDER
SUITE 280
3864 COURTNEY STREET
BETHLEHEM, PA 18017

FOR: NON-MEDICATED CLEANSERS, NAMELY, CLEANSER FOR CLEANING COSMETIC SPONGE APPLICATORS AND MAKE UP BRUSHES, IN CLASS 3 (U.S. CLS. 1, 4, 6, 50, 51 AND 52).

FIRST USE 7-1-2005; IN COMMERCE 7-1-2005.

FOR: COSMETIC CASES SOLD EMPTY; TRAVEL CASES; VANITY CASES SOLD EMPTY; POUCHES FOR HOLDING MAKEUP ACCESSORIES SOLD EMPTY; MAKEUP ACCESSORY CARRYING CASES SOLD EMPTY, IN CLASS 18 (U.S. CLS. 1, 2, 3, 22 AND 41).

FIRST USE 1-1-2012; IN COMMERCE 1-1-2012.

FOR: SPONGE APPLICATOR FOR APPLYING MAKEUP; SPONGES USED FOR APPLYING MAKEUP; SPONGE HOLDERS; COSMETIC STORAGE KITS INCLUDING A PALETTE EMPTY OF COSMETICS USED FOR COLOR MATCHING PURPOSES AND STORAGE OF CUSTOMIZED COSMETIC BLENDS IN A NONMETAL STORAGE CONTAINER; COSMETIC BLENDING SPONGE KITS COMPRISING SPONGES FOR APPLYING MAKEUP AND SPONGE CLEANSER; TOOLS FOR SKIN CARE, NAMELY, COSMETIC BRUSHES, IN CLASS 21 (U.S. CLS. 2, 13, 23, 29, 30, 33, 40 AND 50).

FIRST USE 7-1-2004; IN COMMERCE 7-1-2004.

OWNER OF U.S. REG. NO. 2,945,105.

THE MARK CONSISTS OF THE STYLIZED LETTERING OF THE WORD "BEAUTYBLENDER".

SER. NO. 86-242,868, FILED 4-4-2014.

MARK SPARACINO, EXAMINING ATTORNEY



Director of the United States
Patent and Trademark Office

---

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL
TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE
DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

---

**Requirements in the First Ten Years\***
**What and When to File:**

> *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. *See* 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

> *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between the 9th and 10th years after the registration date.\*
> *See* 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

> You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. *See* 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. *See* 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE:** Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at http://www.uspto.gov.

**NOTE:** A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at http://www.uspto.gov.

# United States of America
### United States Patent and Trademark Office

# BEAUTY BLENDER

**Reg. No. 5,956,097**
**Registered Jan. 07, 2020**
**Int. Cl.: 3**
**Trademark**
**Principal Register**

Rea.deeming Beauty, Inc. (CALIFORNIA CORPORATION)
3864 Courtney Street, Suite 190
Bethlehem, PENNSYLVANIA 18017

CLASS 3: Cosmetics and make-up

FIRST USE 7-25-2018; IN COMMERCE 7-25-2018

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

No claim is made to the exclusive right to use the following apart from the mark as shown: "BEAUTY"

SER. NO. 87-599,661, FILED 09-07-2017



Director of the United States
Patent and Trademark Office



> **REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**
>
> **WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

**Requirements in the First Ten Years***
**What and When to File:**

- *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

***ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.