UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 25-cv-26005-WPD

REA.DEEMING BEAUTY, INC.,

     Plaintiff,

  v.

THE INDIVIDUALS, CORPORATIONS, LIMITED
LIABILITY COMPANIES, PARTNERSHIPS, AND
UNINCORPORATED ASSOCIATIONS IDENTIFIED
ON SCHEDULE A,

     Defendants.

                                            /

**PLAINTIFF'S CERTIFICATE OF INTERESTED
PARTIES AND CORPORATE DISCLOSURE STATEMENT**

Plaintiff, Rea.Deeming Beauty, Inc., by undersigned counsel and pursuant to Fed. R. Civ. P. 7.1, hereby submits its Certificate of Interested Parties and Corporate Disclosure Statement.

**I.**     **Interested Parties**

The persons, associated persons, firms, partnerships or corporations that have a financial interest in the outcome of this case, including all subsidiaries, conglomerates, affiliates, parent corporations, and other identifiable legal entities related to a party include:

    A.    Rea.Deeming Beauty, Inc., Plaintiff

    B.    Plaintiff's counsel, Boies Schiller Flexner LLP

    C.    The Individuals, Corporations, Limited Liability Companies, Partnerships, and Unincorporated Associations Identified on Schedule A, Defendants

**II.      Corporate Disclosure Statement**

Plaintiff hereby certifies that no publicly held corporation owns 10% or more of its stock.

Dated: December 22, 2025                        Respectfully submitted,

                                                **BOIES SCHILLER FLEXNER LLP**

                                                */s/ Valeria Munoz*
                                                Valeria Munoz (FL Bar No. 1059554)
                                                100 SE 2nd Street,
                                                Suite 2800
                                                Miami, FL 33131
                                                Tel: (305) 357-8433
                                                vmunoz@bsfllp.com

                                                ***Counsel for Plaintiff REA.DEEMING BEAUTY,
                                                INC.***