UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25-CV-26005-WPD

REA.DEEMING BEAUTY, INC.,

     Plaintiff,

v.

THE INDIVIDUALS, PARTNERSHIPS
AND UNINCORPORATED ASSOCIATIONS
IDENTIFIED ON SCHEDULE "A",

     Defendants.

_____/

## ORDER CLOSING CASE

**THIS CAUSE** comes before the Court upon *sua sponte* review of the record.  The

Complaint for Damages and Injunctive Relief alleges violations of Plaintiff's intellectual

property rights by Defendants identified on Schedule "A."  *See generally* Complaint [DE 1].

The Complaint was filed on December 19, 2025. The case caption listed "THE INDIVIDUALS,

PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON

SCHEDULE 'A'" as Defendants. However as of the date of this Order, no "Schedule A" has

been filed that lists any defendants. As such this action does not contain any defendants.

Plaintiff's Exhibit 1 to the Complaint lists 119 defendants, however their names are

redacted. On December 22, 2025, Plaintiff moved to file the Schedule A under seal. [DE 6]. That

motion was denied without prejudice and leave to renew within fourteen days in compliance with

the Court's omnibus order. *See* [DE 7]. However as of the date of this Order, no such renewed

motion—or unsealed list of defendants—has been filed.

Even if Plaintiff had filed an unsealed list of defendants, nothing in the Complaint indicates that Plaintiff is in compliance with Rule 20 and properly alleges that all 119 unnamed defendants are acting within the "same transaction, occurrence, or series of transaction or occurrence" and that there is a "question of law or fact common to all defendants." Fed. R. Civ. P. 20.

Based upon the foregoing, it is **ORDERED AND ADJUDGED** as follows:

1. This action is **DISMISSED WITHOUT PREJUDICE**;

2. The Clerk is **DIRECTED** to **CLOSE** this case.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Florida, this 8th day of January, 2026.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies to

Counsel of record